| | |
|---|---|
| **Permit No:**<br>**(DMLR use only)** | *1102023* |
| **Bond Applied To:**<br>**(DMLR use only)** | *Replacement* |
| **Bond No:** | 1137431 |



**Virginia Department of Mines Minerals and Energy**

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MINES, MINERALS AND ENERGY
DIVISION OF MINED LAND RECLAMATION
P. O. DRAWER 900; BIG STONE GAP, VA 24219
TELEPHONE: (276) 523-8100

Department of Mines
Minerals and Energy

MAR 2 4 2016

Customer Assistance Center

## SURETY BOND

### KNOW ALL MEN BY THESE PRESENTS, THAT THE UNDERSIGNED

### HAROLD KEENE COAL COMPANY, INC.
(hereafter **PRINCIPAL**),

whose principal place of business is **P. O. Box 70, Vansant, VA 24656**

and who does business as a [CHECK ONE ONLY]:     X   Corporation;     _____ Limited Partnership;

_____ Limited Liability Company;   _____ Partnership; or   _____ Sole Proprietorship, acting herein as **PRINCIPAL,** and

Lexon Insurance Company
(hereafter **SURETY**),

whose principal business address is     10002 Shelbyville Road, Suite 100, Louisville, KY 40223
and who was organized and is existing under the laws of the State of                    Texas
and licensed to write and perform surety business in the Commonwealth of Virginia, are held and firmly bound unto the

### COMMONWEALTH OF VIRGINIA,
### DIRECTOR, DIVISION OF MINED LAND RECLAMATION
(hereafter **OBLIGEE**),

in the sum of     **Seven Hundred Ninety-Five Thousand Hundred and 00/100**

(\$  **795,000.00 )**          Dollars for the payment of which sum the **PRINCIPAL** and **SURETY** bind
themselves, their heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

### THE CONDITION OF THE ABOVE OBLIGATION is such that:

**WHEREAS,** the **PRINCIPAL** proposes to commence coal surface mining to be known as
### Pine Creek Surface Mine #2

in                    **Russell**                    County(ies) of Virginia; and,

1

**Exhibit A**

Department of Mines
Minerals and Energy

MAR 2 4 2015

Customer Assistance Center

| Permit No:<br>(DMLR use only) | 1102023 |
|---|---|
| | 1137431 |
| Bond No: | |

**WHEREAS**, the above-named **PRINCIPAL** has submitted [CHECK ONE ONLY]:

___ **Permit Application Number**   **X**   Permit Number        **1102023**        including a mining and reclamation plan, to conduct and reclaim a surface coal mining operation, as defined pursuant to the **VIRGINIA COAL SURFACE MINING CONTROL AND RECLAMATION ACT** (hereafter **ACT**), as amended, with its attendant regulations; and,

**WHEREAS**, the **PRINCIPAL** has chosen to file this performance bond as a guarantee that the reclamation of the land disturbed during this surface mining operation will be completed as required by the **ACT**, its attendant regulations, and as specified in the permit as issued; and,

**WHEREAS**, the **SURETY,** and their successors and assigns agree to guarantee the obligation and to indemnify, defend, and hold harmless **OBLIGEE** from any and all losses and expenses which **OBLIGEE** may sustain as a result of the **PRINCIPAL'S** failure to comply with the condition of the obligation;

**WHEREAS**, obligations guaranteed by this performance bond shall be in effect for the following described lands approved as the permit area or increment upon which initial or succeeding operations will be conducted:

**Pine Creek Surface Mine #2**

**NOW**, if the **PRINCIPAL** faithfully completes all reclamation and abatement requirements set forth in the **ACT** and its Permit issued in reliance on this Surety Bond, including the mining and reclamation plan, then this obligation shall be void; otherwise, it shall remain in full force and effect beginning on the date of the approval and issuance of [CHECK ONE ONLY]:

___ **Permit Application Number**   **X**   Permit Number   **1102023**   pursuant to the **ACT** and continue until:

(a) the permit has been completed to the satisfaction of the **OBLIGEE,** or

(b) the bond is released pursuant to the **ACT**, or

(c) in the event neither (a) or (b) above applies, for a minimum period of five (5) years for a general permit or two (2) years for an approved plan for remining. This shall be the minimum period of extended responsibility unless the bond is replaced in accordance with the **ACT**, or unless the permit has been sold, reassigned, or otherwise transferred in accordance with the **ACT**. It shall be further understood that if the **PRINCIPAL** performs any augmented seeding, fertilization, or other supplemental reclamation work on the site prior to bond release, the period of liability under this bond shall begin again subject to the exception found in the **ACT**

The failure of the **PRINCIPAL** to fulfill the obligations specified by the **ACT** and its permit shall result in a forfeiture of this performance bond according to the procedures described in the **ACT**.

The **SURETY** shall not cancel this bond at any time for any reason, including non-payment of premium or bankruptcy of the **PRINCIPAL** during the period of liability. The amount of the **SURETY'S** liability may be adjusted by the **OBLIGEE** pursuant to the **ACT** for lands covered by this bond.

The **SURETY** shall give prompt notice to the **PRINCIPAL** and to the **OBLIGEE** of any notice received or action filed alleging the insolvency or bankruptcy of the **SURETY** or of the **PRINCIPAL**, or alleging any violations or regulatory requirements which could result in suspension or revocation of the **SURETY'S** license to do business.

| Permit No:<br>(DMLR use only) | *1102023* |
|---|---|
| Bond No: | 1137431 |

In the event the **SURETY** becomes unable to fulfill its obligations under the bond for any reason, notice shall be given immediately to the **PRINCIPAL** and to the **OBLIGEE**. Any proceeding, legal or equitable, under this bond must be instituted in a Virginia court of competent jurisdiction and shall be governed by the laws of the Commonwealth of Virginia.

Upon the incapacity of the **SURETY** by reason of bankruptcy, insolvency, or suspension or revocation of its license, the **PRINCIPAL** shall be deemed to be without bond coverage in violation of the **ACT** and subject to enforcement actions described in the **ACT**.

**I.  BY COMPANY/PRINCIPAL:**

Harold Keene Coal Company, INC (SEAL) By: _____
Company /Principal                          Company/Principal Official

Vice President & Controller          March 23, 2016
Title                                    Date

Subscribed and sworn/affirmed to before me by   Allison S. Lavsas

this   23rd   day of   March   20  16  , in the State of   Illinois

in the City/County of   DuPage

Rita M. Slager   (Seal)
Notary Public Name (printed or typed)          Notary Public Signature[1]

My Commission expires   9/04/2017   Registration No.   N/A

```
OFFICIAL SEAL
RITA M SLAGER
Notary Public - State of Illinois
My Commission Expires Sep 4, 2017
```

---

[1] Pursuant to §47.1-15(3) of the Code of Virginia, as amended, the notarial certificate wording must be contained on the same page as the signature being notarized.

Department of Mines
Minerals and Energy

MAR 2 4 2016

Customer Assistance Center

| Permit No:<br>(DMLR use only) | **1102023** |
|---|---|
| Bond No: | 1137431 |

---

**II. BY SURETY: Attach copy bearing seal of Power of Attorney or documentation supporting Corporate Officer's authority to issue surety bond.**

Lexon Insurance Company     (SEAL)  By: _____
_____                                **Attorney-in-Fact**
Surety Name

March 8, 2016                                      Brook T. Smith
_____                     _____
Date                                      Attorney-in-Fact Name (printed or typed)

**AFFIDAVIT AND ACKNOWLEDGEMENT OF ATTORNEY-IN-FACT**
COMMONWEALTH OF VIRGINIA

(or, alternatively, Commonwealth or State of _____ Kentucky _____

CITY/COUNTY OF _____ Louisville/Jefferson _____ , to wit:

I, the undersigned notary public, do certify that _____ Brook T. Smith _____

personally appeared before me in the jurisdiction aforesaid and made oath that he/she is the

attorney-in-fact of _____ Lexon Insurance Company _____

the Surety, that he/she is duly authorized to execute on its behalf the foregoing Bond pursuant to the attached Power of

Attorney, and on behalf of said Surety acknowledged the aforesaid Bond(s) as its act and deed.

Given under my hand this _____ 8th _____ day of _____ March _____ , 20 __16__

Sandra L. Fusinetti                    _Sandra L. Fusinetti_     (SEAL)
_____          _____
**Notary Public Name (printed or typed)**        **Notary Public Signature**

My Commission expires: _____ February 13, 2020 _____   **Registration No.** _549253_

---

| Permit No: (DMLR use only) | 1102023 |
|---|---|
| | 1137431 |
| Bond No: | |

| **III. BY ISSUING AGENT:** | 1. | **Attach copy of Agency License and Appointment Card from the Virginia Bureau of Insurance.** |
|---|---|---|
| | 2. | **Attach copy of Agent's License and Appointment Card from the Virginia Bureau of Insurance.** |

Insurance Agency Issuing Surety Bond (provide the following information):

| | |
|---|---|
| Agency name: | Acrisure LLC dba Smith Manus |
| Agency address: | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Authorized agent: | Brook T. Smith |
| Authorized agent address | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Office telephone number: | 502-636-9191 |

| **IV.     DIVISION APPROVAL:** | |
|---|---|
| **ACCEPTED:** _____ <br> Division of Mined Land Reclamation | Date: 3/24/16 |

Department of Mines
Minerals and Energy

MAR 24 2016

Customer Assistance Center

**POWER OF ATTORNEY**

# Lexon Insurance Company

LX- 270823

KNOW ALL MEN BY THESE PRESENTS, that **LEXON INSURANCE COMPANY**, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Jessica Nowlin, Theresa Pickerrell, Sheryon Quinn, Bonnie J. Wortham, Beth Frymire its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **LEXON INSURANCE COMPANY** on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $5,000,000.00, Five Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **LEXON INSURANCE COMPANY** has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.



**LEXON INSURANCE COMPANY**

BY _____
David E. Campbell
President

**ACKNOWLEDGEMENT**

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that he is the President of **LEXON INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

BY _____
Amy Taylor
Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of **LEXON INSURANCE COMPANY**, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this _8th_ Day of _March_, 20_16_.

BY _____
Andrew Smith
Assistant Secretary

**"WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

Department of Mines
Minerals and Energy

MAR 2 4 2015 

 **ACRISURE**

Customer Assistance Center

8/1/2014

**RE: Consolidation of SMA Surety, Inc. (Smith Manus) to Acrisure, LLC ("Acrisure")**

Greetings,
Over the last couple of years, Acrisure has acquired majority ownership in a number of agencies across the country. It is a unique model, in that operational control and branding remain with the respective agencies after the acquisition occurs. We are proud to announce that on August 1, 2014 Acrisure acquired SMA Surety, Inc.

**What this change means for you:**
**What's changing:** SMA Surety, Inc. will now use Acrisure, LLC's tax identification number and license(s). All contracts should be in the name of Acrisure. If a contract is already in place for Acrisure, Smith Manus's code should be re-assigned under Acrisure's master code.

**What's not changing:** SMA Surety, Inc. (Smith Manus) operations will essentially remain the same and will continue to do business under the existing name. All policies, bonds, forms, POAs, seals, reports and correspondence should remain in the Smith Manus name.

| Prior to August 1, 2014 | | After August 1, 2014 |
|---|---|---|
| SMA Surety, Inc. | **Legal Name** | Acrisure, LLC |
| • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety | **Operating Name** | • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety |
| 61-1372649 | **FEIN** | 26-3554645 |
| 2307 River Rd Suite 200<br>Louisville, KY 40206 | **Address** | 2307 River Rd Suite 200<br>Louisville, KY 40206 |

Thank you for your cooperation in this matter. If you have further questions, or need to have additional paperwork, please contact Trish Partin at 800-748-0351, extension 418 or email at tpartin@acrisure.com.

We are very excited and optimistic about the opportunities that lie ahead, and look forward to growing with our insurance and surety partners.

Regards,

Brook T. Smith
President
SMA Surety, Inc.

Andrew Schutt
VP of Sales
Acrisure, LLC

Compliance Express ™                                                                         Page 1 of 2



**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

**www.scc.virginia.gov/boi**

Licensees shall report to the Bureau within 30
days any change in residence at
www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an
agent to transact the business of insurance on
behalf of Virginia licensed insurers pursuant to Title
38.2 of the Code of Virginia.

This license is perpetual and is in effect from its
issue date unless surrendered, terminated, sus-
pended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the
authority granted by the licensee's home state.

# Producer
## Health , Life & Annuities , Property & Casualty

Department of Mines
Minerals and Energy

Customer Assistance Center

## ACRISURE LLC
### PO BOX 1788
### GRAND RAPIDS , MI 49501-1788

## is authorized to transact business as described above

License No: 126043        Issue Date: 04-07-2009        Expiration Date:

Generated by Sircon 91663653

---



**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**
THIS IS TO CERTIFY THAT

**ACRISURE LLC**
PO BOX 1788 , GRAND RAPIDS , MI 49501-1788

LICENSE NUMBER: 126043

IS HEREBY AUTHORIZED TO TRANSACT BUSINESS
IN ACCORDANCE TO THE LICENSE DESCRIPTION
SHOWN BELOW:

**Producer**
Health , Life & Annuities , Property &
Casualty

Issue Date: 04-07-2009 | Generated by Sircon 91663653 | Expiration Date:

# COMMONWEALTH OF VIRGINIA

**ALFRED W. GROSS**
**COMMISSIONER OF INSURANCE**
**STATE CORPORATION COMMISSION**
**BUREAU OF INSURANCE**

P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206
http://www.state.va.us/scc

August 6, 1997

Department of Mines
Minerals and Energy

BROOK THOMAS SMITH
19 POPLAR HILL RD
LOUISVILLE KY 40207

Customer Assistance Center

## NONRESIDENT LICENSE

### PROPERTY AND CASUALTY INSURANCE

This is to certify that the above-named agent has been granted this license to sell, solicit and negotiate property and casualty insurance as defined in Sections 38.2-110 through 38.2-122.1 and 38.2-124 through 38.2-134, BUT LIMITED TO THE AUTHORITY GRANTED BY THE AGENT'S HOME STATE, under the provisions of Article 3, Chapter 18, Title 38.2 of the Code of Virginia, and is entitled to be appointed as an agent to transact the business of insurance on behalf of insurers licensed to issue such coverage in the Commonwealth of Virginia pursuant to Chapter 10 of Title 38.2 of the Code of Virginia.

This license shall be effective from its date of issue, and shall remain in effect until surrendered, terminated, canceled, suspended, or revoked.

Licensee is currently in compliance with all applicable Virginia Continuing Education requirements through December 31, 2004.

ID: 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                          License Type: 030
DUPLICATE
Printed: September 9, 2004

Commissioner of Insurance



KEEP THIS CARD IN YOUR POSSESSION
TOP STRIP MAY BE REMOVED

← FOLD ALONG THIS PERF

COMMONWEALTH of VIRGINIA
STATE CORPORATION COMMISSION    BUREAU of INSURANCE.
APPOINTMENT NUMBER        CODE   DUB    DATE APPOINTED
500199448-13307      P.C         07-09-03

COMPANY NAME
LEXON INSURANCE COMPANY

BEING DULY LICENSED TO TRANSACT THE BUSINESS OF INSURANCE IN
THE COMMONWEALTH OF VIRGINIA HAS APPOINTED AS ITS AGENT.
AGENT'S NAME

BROOK THOMAS SMITH

ACKNOWLEDGMENT OF APPOINTMENT

BUREAU OF INSURANCE
P.O. BOX 1157, RICHMOND, VIRGINIA 23218·       07-10-2003
APPOINTMENT NUMBER          CODE  DUB     DATE APPOINTED
400199448-13307        PC         07-09-03

COMPANY NAME
LEXON INSURANCE COMPANY

AGENT'S NAME AND ADDRESS
BROOK THOMAS SMITH
19 POPLAR HILL RD
LOUISVILLE, KY 40207
ACKNOWLEDGMENT OF APPOINTMENT

Department of Mines
Minerals and Energy

FEB 24 2005

Customer Assistance Center

# Surety Bond Approval Checklist

| APPLICANT: | Harold Keene Coal Company, Inc. | Permit Number: 1102023 | Application Number |
|---|---|---|---|
| REVIEW DATE: | March 21, 2016 | Bond Number: 1137431 | |
| REVIEWER: | Joshua R. Norris | Reviewer's Signature: | |
| SURETY: | Lexon Insurance Company 10002 Shelbyville Road, Suite 100 Louisville, KY 40223 | DMME/DMLR Office Files | |
| AGENT: | Brook T. Smith 2307 River Road, Suite 200 Louisville, KY 40206 502-636-9191 | Agency: Acrisure LLC dba Smith Manus 2307 River Road, Suite 200 Louisville, KY 40206 502-636-9191 | |

| | The following requirements have been met as indicated: |
|---|---|
| | **1.  Page No. 1** |
| Y | The company/principal name matches the permit application and are consistent throughout the document. |
| Y | The address is correct/consistent with the permit application. |
| Y | The legal structure checked (LLC, Corp., etc) is correct and consistent with the permit application. |
| Y | The bond number is consistent on each page of the surety bond form. |
| Y | The correct surety bond form has been submitted (DMLR-PT-013 REV 008/07) |
| Y | The surety company listed is consistent throughout the document.  (See additional surety company verifications below). |
| | **2.   The Surety Company** |

The Company is licensed to transact fidelity and surety business in the Commonwealth of Virginia. (SCC's Bureau of Insurance 804-371-9186—) http://www.scc.virginia.gov/boi/cons/fin/findata.aspx

Licensed   License No   Company Name          Admitted Assets                    Liabilities          Surplus Including Capital

DMME/DMLR Office Files

**State Corporation Commission - Bureau of Insurance**
**Financial Regulation**
*2014 Financial Data for Foreign Property and Casualty Insurers*

| Company No. | Company Name | Admitted Assets | Liabilities | Surplus | Net Premiums Written | Premiums Earned | Losses Incurred | Loss Expenses Incurred | Net U/W Gain |
|---|---|---|---|---|---|---|---|---|---|
| 11592 | International Fidelity Ins Co | 210,141,849 | 126,234,737 | 83,907,112 | 107,556,338 | 106,958,247 | 15,209,288 | 7,724,389 | 98,999 |
| 10749 | Intrepid Ins Co | 33,375,067 | 4,167,796 | 29,207,271 | 0 | 0 | -8,473 | -8 | -222,106 |
| 23647 | Ironshore Ind Inc | 347,414,611 | 190,811,131 | 156,603,481 | 61,928,931 | 58,758,475 | 36,409,945 | 11,134,598 | -4,680,569 |
| 11630 | Jefferson Ins Co | 66,911,983 | 21,480,405 | 45,431,578 | 75,517,793 | 73,631,343 | 22,606,838 | 1,206,102 | 9,430,218 |
| 14354 | Jewelers Mut Ins Co | 338,736,201 | 131,021,136 | 207,715,065 | 154,017,539 | 148,944,805 | 56,752,086 | 9,091,447 | 17,514,470 |
| 36781 | John Deere Ins Co | 380,518,120 | 273,021,741 | 107,496,379 | 146,140,345 | 147,794,947 | 134,212,444 | 12,668,645 | -30,390,113 |
| 10914 | Kemper Independence Ins Co | 93,421,211 | 84,502,288 | 8,918,923 | 0 | 0 | 0 | 0 | 0 |
| 10885 | Key Risk Ins Co | 50,170,643 | 20,725,264 | 29,445,379 | 0 | 0 | 0 | 0 | 0 |
| 12199 | Keystone Natl Ins Co | 14,761,399 | 6,061,626 | 8,699,773 | 1,581,525 | 1,427,713 | 710,275 | 142,010 | -18,608 |
| 13722 | Knightbrook Ins Co | 213,511,965 | 155,777,003 | 57,734,962 | 35,129,074 | 34,463,109 | 34,312,366 | 5,813,862 | -17,592,132 |
| 38148 | Lancer Ind Co | 23,036,028 | 12,665,864 | 10,370,164 | 8,460,466 | 6,335,345 | 3,903,032 | 694,642 | -716,691 |
| 26077 | Lancer Ins Co | 574,972,414 | 385,493,236 | 189,479,178 | 242,516,095 | 231,854,180 | 117,039,532 | 40,419,876 | 3,146,987 |
| 37109 | Landcar Cas Co | 35,934,951 | 18,360,273 | 17,574,678 | 9,930,703 | 6,035,777 | 2,417,742 | 119,516 | 2,675,032 |
| 37800 | Leading Ins Grp Ins Co Ltd | 228,565,074 | 193,413,755 | 35,151,319 | 50,462,222 | 70,707,588 | 95,034,941 | 21,482,940 | -76,347,615 |
| 37940 | Lexington Natl Ins Corp | 55,314,339 | 39,718,755 | 15,595,584 | 12,085,751 | 12,671,367 | -248,464 | 0 | 3,919,824 |
| 13307 | Lexon Ins Co | 161,709,369 | 109,195,915 | 52,513,454 | 61,989,686 | 56,445,195 | 8,447,852 | 5,519,888 | -1,145,890 |
| 42404 | Liberty Ins Corp | 232,041,001 | 8,797,185 | 223,243,816 | 0 | 0 | 0 | 0 | 0 |
| 19917 | Liberty Ins Underwriters Inc | 174,395,985 | 51,496,582 | 122,899,403 | 0 | 0 | 0 | 0 | 0 |

*June 01, 2015*                                                                                                    Page 28 of 53

**Y**

**Y**  Surety name is identical to name appearing in the SCC's Fidelity & Surety Report.

**Y**  The Surety has a minimum of $4 million in net worth (surplus).

Company is listed on the US Dept of Treasury Circular 570.
https://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm

**Lexon Insurance Company (NAIC #13307)**
BUSINESS ADDRESS: 10002 Shelbyville Rd, Suite 100, Louisville, KY 40223. PHONE: 615-553-9500. UNDERWRITING LIMITATION b/: $5,251,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI,
**Y**  WY. INCORPORATED IN: Texas.

Date Checked: March 21, 2016

DMME/DMLR Office Files

| | 3. Face amount of bond |
|---|---|
| Y | Wording/Amount is correct and consistent. No strikeovers, white out, etc |
| N | Does not exceed 10% of the Surety Company's net worth (surplus) to policyholders. |
| | Does exceed 10% of company's net worth (surplus) to policyholders, but is covered by another form of surety. |

| | 4. Name and Location |
|---|---|
| Y | The mine name is consistent with the permit application. |
| Y | The correct county (ies) is listed. |

| | 5. Page No. 2 |
|---|---|
| Y | The correct type of number (Permit Application Number or Permit Number) is checked. (Paragraphs 1 & 5) |
| Y | The correct number is listed in the space provided (Permit Application Number or Permit Number). (Paragraphs 1 & 5) |
| Y | The area where the bond will be in effect is described in the space provided (permit area, increment #, etc.) (Paragraph 4) |

| | 6. Page No. 3 |
|---|---|
| Y | The Company/Principal matches the information provided on page 1 of the form and the permit application. |
| Y | The Company/Principal official listed has the authority to sign the document. |
| Y | The title of the Company/Principal official is listed. |
| Y | The notarization information is correct. The correct person is listed as signing the document, the dates are consistent and the notary's commission has not expired. *Notary seal has been applied if signed outside Virginia.* |

| | 7. Page No. 4 |
|---|---|
| Y | The Surety Name matches the information provided on page 1 of the form and is consistent throughout the form. The Surety seal has been applied. |
| Y | The Attorney-in-Fact has the authority to sign the document. (See additional requirements on Page 5) |
| Y | The embossed notary seal is in place if the document was notarized outside Virginia. |
| Y | The notarization information is correct. The correct person is listed as signing the document, the dates and surety name is consistent. The correct state/county is listed and the notary's commission has not expired. |

| | 8.  **Power of Attorney (POA)** |
|---|---|
| **Y** | Person signing bond is shown on POA as agent/attorney-in-fact with authority to commit the surety company. |
| **N** | Does not contain any limitation on the amount of bond that can be written  (Note any limitations on amount). **$5.000,000.00** |
| **Y** | The POA has not been revoked. |
| **Y** | The date on the POA is consistent with the date the Attorney-in-Fact signed the bond on page 4. |
| **Y** | The correct surety seal is applied to the original POA. |
| | Date Checked: March 21, 2016 |

In the row "The POA has not been revoked." appears in red: DMME/DMLR Office Files

| | 9.  **Page No. 5** |
|---|---|

The Insurance **Agency** is licensed to transact business in Virginia with SCC.
https://cisiweb.scc.virginia.gov/z_container.aspx

```
                                                              03/21/16
             LLCM3220              LLC DATA INQUIRY           10:47:46
      LLC ID:  T040306 - 5   STATUS: 00  ACTIVE        STATUS DATE:  04/17/
      LLC NAME:  Acrisure, LLC


DATE OF FILING: 04/17/2009  PERIOD OF DURATION: 99/99/9999  INDUSTRY CODE: 35
STATE OF FILING:  MI MICHIGAN                MERGER INDICATOR:
                      CONVERSION/DOMESTICATION INDICATOR:
            P R I N C I P A L   O F F I C E   A D D R E S S
       STREET:  5664 PRAIRIE CREEK DR

        CITY:  CALEDONIA              STATE:  MI  ZIP:  49316-0000
          R E G I S T E R E D   A G E N T   I N F O R M A T I O N
      R/A NAME:  CORPORATION SERVICE COMPANY

       STREET:  BANK OF AMERICA CENTER, 16TH FLOOR
               1111 EAST MAIN STREET                        RTN MAIL:
        CITY:  RICHMOND              STATE:  VA  ZIP:  23219-0000
R/A STATUS: 5 ENTITY AUTHORIZ  EFF DATE:  07/02/13 LOC: 216  RICHMOND CITY
       YEAR      FEES      PENALTY    INTEREST      BALANCE
        16        50.00                               50.00
```

**Y**

The **Agency** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631 http://www.scc.virginia.gov/boi/cons/index.aspx (Property and Casualty)



**Agency License Information**

| Name | ACRISURE LLC |
|---|---|
| Producer Status | Active |
| Address | PO BOX 1788 |
| City | GRAND RAPIDS |
| State | MI |
| Zip | 49501-1788 |
| Phone | (800) 748-0351 |
| Toll | |
| Email | dtauro@acrisure.com |
| Website | |
| State of Residency | Michigan |
| Virginia License Number | 126043 |

**Alias(s)**

| Name | Alias Type |
|---|---|
| CLG INSURANCE | Doing Business As |
| SMITH MANUS | Doing Business As |
| SMITH MANUS SURETY BONDS | Doing Business As |
| SMITH-MANUS | Doing Business As |
| THE CAMPBELL GROUP | Also Known As |

**License(s) Detail**

| License | License Status | | Effective Date | Expiration Date* |
|---|---|---|---|---|
| Producer | Active | | 4/7/2009 | |
| Qualification | | Status | Effective Date | |
| Health | | Active | 4/7/2009 | |
| Life & Annuities | | Active | 4/7/2009 | |
| Property & Casualty | | Active | 4/7/2009 | |
| Surety Lines Broker | Active | | 1/31/2014 | 6/30/2016 |
| Qualification | | Status | Effective Date | |
| Surplus Lines | | Active | 1/31/2014 | |

**Y**

A copy of the **Agency** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631 http://scc.virginia.gov/boi/cons/index.aspx (Property and Casualty)

**N/A**

The **Agent** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631  http://scc.virginia.gov/boi/cons/index.aspx  (Property and Casualty)

**Agent License Information**

| | |
|---|---|
| Name | BROOK THOMAS SMITH |
| City | LOUISVILLE |
| State | KY |
| Zip | 40207 |
| State of Residency | Kentucky |
| Producer Status | Active |
| Virginia License Number | 640506 |
| NPN (National Producer Number) | 546897 |

DMME/DMLR Office H...

**License(s) Detail**

| License | License Status | | Effective Date | Expiration Date* |
|---|---|---|---|---|
| Producer | Active | | 8/6/1997 | |
| | Qualification | Status | Effective Date | |
| | Property & Casualty | Active | 8/6/1997 | |

* If the Expiration Date field is blank, the license is perpetual and shall be effective from its date of issue, and shall remain in effect until surrendered, terminated, canceled, suspended, or revoked. Resident producer licenses are subject to termination when failing to meet Virginia Continuing Education requirements by November 30 of every even-numbered year. Nonresident producer licenses are subject to termination when the producer is no longer licensed in his/her home state or when failing to pay the statutorily required continuance fee by November 30 of every even-numbered year. Visit www.VirginiaInsuranceCE.com to pay the continuance fee and to review additional continuing education information.

**Active Appointment Information**

| | Appointment Type | Effective Date | Company Affiliation | Company Number |
|---|---|---|---|---|
| View Company | Property & Casualty | 2/27/2016 | ACE AMERICAN INSURANCE COMPANY | 22667 |
| View Company | Property & Casualty | 2/27/2016 | ACE PROPERTY AND CASUALTY INSURANCE COMPANY | 20699 |
| View Company | Property & Casualty | 12/26/2013 | ALLIED WORLD INSURANCE COMPANY | 22730 |
| View Company | Property & Casualty | 12/26/2013 | ALLIED WORLD SPECIALTY INSURANCE COMPANY | 16624 |
| View Company | Property & Casualty | 5/1/2013 | ATLANTIC SPECIALTY INSURANCE COMPANY | 27154 |
| View Company | Property & Casualty | 6/23/2005 | BOND SAFEGUARD INSURANCE COMPANY | 27081 |
| View Company | Property & Casualty | 3/24/2010 | COLONIAL AMERICAN CASUALTY AND SURETY COMPANY | 34347 |
| View Company | Property & Casualty | 8/1/2006 | CONTINENTAL HERITAGE INSURANCE COMPANY | 39551 |
| View Company | Property & Casualty | 6/16/2005 | DEVELOPERS SURETY AND INDEMNITY COMPANY | 12718 |
| View Company | Property & Casualty | 8/1/2006 | EVERGREEN NATIONAL INDEMNITY COMPANY | 12750 |
| View Company | Property & Casualty | 10/25/2013 | FEDERAL INSURANCE COMPANY | 20281 |
| View Company | Property & Casualty | 3/24/2010 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 39306 |
| View Company | Property & Casualty | 2/27/2016 | INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | 43575 |
| View Company | Property & Casualty | 4/23/2013 | IRONSHORE INDEMNITY INC. | 23647 |
| View Company | Property & Casualty | 7/9/2003 | LEXON INSURANCE COMPANY | 13307 |
| View Company | Property & Casualty | 2/27/2016 | WESTCHESTER FIRE INSURANCE COMPANY | 10030 |
| View Company | Property & Casualty | 6/11/2004 | WESTERN SURETY COMPANY | 13188 |
| View Company | Property & Casualty | 3/24/2010 | ZURICH AMERICAN INSURANCE COMPANY | 16535 |

**Y**

**NA**  A copy of the **Agent's** Appointment Card from the Virginia Bureau of Insurance is Attached.  Verified using NAIC number on SCC interactive database at 804-371-9631.   http://scc.virginia.gov/boi/cons/index.aspx (Property and Casualty)

**Y**  The **Agency** telephone number is listed. 502-636-9191

## 10. Division Approval

**Y**  The designated DMLR official completed the bond approval information.

**COMMENTS:**

| Permit No: | 1102023 |
|---|---|
| Bond Applied To: | *Increments 1 & 3* |
| Bond No: | 1137431 |



**Virginia Department of Mines Minerals and Energy**

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MINES, MINERALS AND ENERGY
DIVISION OF MINED LAND RECLAMATION
P. O. DRAWER 900, BIG STONE GAP, VA  24219
TELEPHONE: (276) 523-8100

Department of Mines
Minerals and Energy

**SEP 26 2018**

Customer Assistance Center

## SURETY BOND RIDER

___X___ Increase _____ Decrease      **New Bond Amount:** $ 2,680,600.00

TO be attached to a form as part of Surety Company Bond No.   1137431

written by   Lexon Insurance Company                          as SURETY, on behalf

of   Harold Keene Coal Company, Inc.                      as PRINCIPAL, in the sum of

Seven Hundred Ninety-Five Thousand and 00/100           ($795,000.00)   Dollars, in

favor of the **COMMONWEALTH of VIRGINIA, DIRECTOR, DIVISION OF MINED LAND**

**RECLAMATION** as OBLIGEE executed on      March 8                          20  16

WHEREAS, the **OBLIGEE** issued to the **PRINCIPAL**, Permit Number   1102023   dated on

September 5, 2008      pursuant to the application of the **PRINCIPAL**,

WHEREAS, said bond and rider shall cover any and all land affected or to be affected by the mining

operation under the above-mentioned permit and revisions and renewals since the date of the issuance of the

permit,

NOW, therefore, the amount of the bond is      X   increased by, _____ decreased by

One Million Eight Hundred Eighty-Five Thousand Six Hundred and 00/100      ($1,885,600.00)   Dollars to a total sum of

Two Million Six Hundred Eighty Thousand Six Hundred and 00/100      ($2,680,600.00)   Dollars to cover the

additional/reduced cost of reclaiming all affected lands.

**It is further agreed that all other terms and conditions of this bond shall remain unchanged.**

**SIGNED AND SEALED THIS**      25th   **DAY OF**      September      20  18

Department of Mines
Minerals and Energy

**SEP 26 2018**

Customer Assistance Center

| Permit No: | 1102023 |
|---|---|
| Bond No: | 1137431 |

**I. BY COMPANY/PRINCIPAL:**

Harold Keene Coal Company, Inc.   (SEAL) By: _____
Company /Principal                            **Company/Principal Official**

_Authorized Agent_                         _9/26/2018_
Title                                         Date

Subscribed and sworn/affirmed to before me by _Todd Tackett_

this _26_ day of _September_ 20 _18_, in the State of _KY_

in the City/County of _Lackey / Knott_

_Regina I son_         _____ (Seal)
**Notary Public Name (printed or typed)**     **Notary Public Signature**[1]

My Commission expires _03/30/2022_    **Registration No.** _____

NOTARY PUBLIC
ID NO. 597184
MY COMMISSION EXPIRES
3/30/2022
REGINA A. ISON
STATE AT LARGE KY.

Department of Mines
Minerals and Energy

SEP 26 2018

Customer Assistance Center

---

[1] **Pursuant to §47.1-15(3) of the Code of Virginia, as amended, the notarial certificate wording must be contained on the same page as the signature being notarized.**

| Permit No: | 1102023 |
|---|---|
| Bond No: | 1137431 |

**II. BY SURETY: Attach copy bearing seal of Power of Attorney or documentation supporting Corporate Officer's authority to issue surety bond.**

Lexon Insurance Company _____ (SEAL) By: _____

Surety Name                                       **Attorney-in-Fact Signature**

September 25, 2018 _____        Brook T. Smith _____

Date                                        Typed Name

**AFFIDAVIT AND ACKNOWLEDGEMENT OF ATTORNEY-IN-FACT**
COMMONWEALTH OF VIRGINIA

(or, alternatively, Commonwealth or State of    Kentucky _____

CITY/COUNTY OF    Jefferson _____ , to wit:

I, the undersigned notary public, do certify that    Brook T. Smith _____

personally appeared before me in the jurisdiction aforesaid and made oath that he/she is the

attorney-in-fact of    Lexon Insurance Company _____

the Surety, that he/she is duly authorized to execute on its behalf the foregoing Bond pursuant to the attached Power of

Attorney, and on behalf of said Surety acknowledged the aforesaid Bond(s) as its act and deed.

Given under my hand this    25th _____ day of    September _____ , 20   18 ____

Sandra L. Fusinetti _____      _Sandra L Fusinetti_ _____ (SEAL)

**Notary Public Name (printed or typed)**            **Notary Public Signature**

My Commission expires:    February 13, 2020 _____ **Registration No.**   549253 _____

Department of Mines
Minerals and Energy

SEP 2 6 2018

Customer Assistance Center

DMLR-PT-013B
REV 08/07

                                       3

| **III. BY ISSUING AGENT:** | 1. | Attach copy of Agency License and Appointment Card from the Virginia Bureau of Insurance. |
| | 2. | Attach copy of Agent's License and Appointment Card from the Virginia Bureau of Insurance. |

Insurance Agency Issuing Surety Bond (provide the following information):

Agency name:                     Acrisure, LLC dba Smith Manus
Agency address:                  2307 River Road, Suite 200, Louisville, KY  40206
Authorized agent:                Brook T. Smith
Authorized agent address         2307 River Road, Suite 200, Louisville, KY  40206
Office telephone number:         502-636-9191

---

**IV.        DIVISION APPROVAL:**

**ACCEPTED:**  _Romdy R. Casey_          Date: _9/26/18_
              Division of Mined Land Reclamation

Department of Mines
Minerals and Energy

SEP 2 6 2018

Customer Assistance Center

**POWER OF ATTORNEY**

LX- 11078

# Lexon Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that **LEXON INSURANCE COMPANY**, a Texas Corporation, with its statutory home office in Austin, Texas, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Theresa Pickerrell, Sheryon Quinn, Beth Frymire, Leigh McCarthy, Michael Dix, Susan Ritter its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **LEXON INSURANCE COMPANY** on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $10,000,000.00 Ten Million Dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **LEXON INSURANCE COMPANY** has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 22nd day of June, 2018.



SEP 26 2018

**LEXON INSURANCE COMPANY**

BY _____
Brian Beggs
President

**ACKNOWLEDGEMENT**

On this 22nd day of June, 2018, before me, personally came Brian Beggs to me known, who be duly sworn, did depose and say that he is the President of **LEXON INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

BY _____
Amy Taylor
Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of **LEXON INSURANCE COMPANY**, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this 25th Day of September 20 18 .

BY _____
Andrew Smith
Assistant Secretary

**"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."**

Department of Mines
Minerals and Energy

SEP 2 6 2018

Customer Assistance Center



**ACRISURE**

8/1/2014

RE: Consolidation of SMA Surety, Inc. (Smith Manus) to Acrisure, LLC ("Acrisure")

Greetings,
Over the last couple of years, Acrisure has acquired majority ownership in a number of agencies across the country. It is a unique model, in that operational control and branding remain with the respective agencies after the acquisition occurs. We are proud to announce that on August 1, 2014 Acrisure acquired SMA Surety, Inc.

**What this change means for you:**
**What's changing:** SMA Surety, Inc. will now use Acrisure, LLC's tax identification number and license(s). All contracts should be in the name of Acrisure. If a contract is already in place for Acrisure, Smith Manus's code should be re-assigned under Acrisure's master code.

**What's not changing:** SMA Surety, Inc. (Smith Manus) operations will essentially remain the same and will continue to do business under the existing name. All policies, bonds, forms, POAs, seals, reports and correspondence should remain in the Smith Manus name.

| Prior to August 1, 2014 | | After August 1, 2014 |
|---|---|---|
| SMA Surety, Inc. | Legal Name | Acrisure, LLC |
| • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety | Operating Name | • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety |
| 61-1372649 | FEIN | 26-3554645 |
| 2307 River Rd Suite 200<br>Louisville, KY 40206 | Address | 2307 River Rd Suite 200<br>Louisville, KY 40206 |

Thank you for your cooperation in this matter. If you have further questions, or need to have additional paperwork, please contact Trish Partin at 800-748-0351, extension 418 or email at tpartin@acrisure.com.

We are very excited and optimistic about the opportunities that lie ahead, and look forward to growing with our insurance and surety partners.

Regards,

Brook T. Smith
President
SMA Surety, Inc.

Andrew Schutt
VP of Sales
Acrisure, LLC

PO Box 1788, Grand Rapids, MI 49501-1788 • 5664 Prairie Creek Drive, Caledonia, MI 49316
616-541-1500 • 1-800-748-0351

Compliance Express ™                                                           Page 1 of 2



JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

**www.scc.virginia.gov/boi**

**COMMONWEALTH OF
VIRGINIA**
BUREAU OF INSURANCE

Licensees shall report to the Bureau within 30
days any change in residence at
www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an
agent to transact the business of insurance on
behalf of Virginia licensed insurers pursuant to Title
38.2 of the Code of Virginia.

This license is perpetual and is in effect from its
issue date unless surrendered, terminated, sus-
pended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the
authority granted by the licensee's home state.

# Producer
## Health , Life & Annuities , Property & Casualty

## ACRISURE LLC
### PO BOX 1788
### GRAND RAPIDS , MI 49501-1788

## is authorized to transact business as described above

License No: 126043        Issue Date: 04-07-2009        Expiration Date:

Generated by Sircon 91663653

| COMMONWEALTH OF VIRGINIA BUREAU OF INSURANCE THIS IS TO CERTIFY THAT |  | IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW: |
|---|---|---|
| ACRISURE LLC PO BOX 1788 , GRAND RAPIDS , MI 49501-1788 | | **Producer** Health , Life & Annuities , Property & Casualty |
| LICENSE NUMBER: 126043 | | Issue Date: 04-07-2009   Generated by Sircon 91663653   Expiration Date: |

Department of Mines
Minerals and Energy

SEP 2 6 2018

Customer Assistance Center

Compliance Express ™                                                    Page 1 of 1



**COMMONWEALTH OF VIRGINIA**
BUREAU OF INSURANCE

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

www.scc.virginia.gov/boi

Licensees shall report to the Bureau within 30 days any change in residence at www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an agent to transact the business of insurance on behalf of Virginia licensed insurers pursuant to Title 38.2 of the Code of Virginia.

This license is perpetual and is in effect from its issue date unless surrendered, terminated, suspended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the authority granted by the licensee's home state.

## Producer
### Property & Casualty

## BROOK THOMAS SMITH
### 19 POPLAR HILL RD
### LOUISVILLE , KY 40207

Department of Mines
Minerals and Energy

SEP 2 6 2018

Customer Assistance Center

## is authorized to transact business as described above

License No: 640506          Issue Date: 08-06-1997          Expiration Date:

Generated by Sircon 96073635

---

**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**
THIS IS TO CERTIFY THAT



**BROOK THOMAS SMITH**
19 POPLAR HILL RD , LOUISVILLE , KY 40207

LICENSE NUMBER: 640506

IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW:

**Producer**
Property & Casualty

Issue Date: 08-06-1997   Generated by Sircon 96073635   Expiration Date:

SEP 26 2018

# SURETY BOND INCREASE/DECREASE RIDER APPROVAL CHECKLIST

| APPLICANT: | Harold Keene Coal Company, Inc. | Permit Number: 1102023 | | Application Number 1010404 |
|---|---|---|---|---|
| REVIEW DATE: | 09/26/18 | Bond Number: 1137431 | x | Increase Rider? |
| | | | | Decrease Rider? |
| REVIEWER: | Conner Stanley | Reviewer's Signature: *Conner Stanley* | | |
| SURETY: | Lexon Insurance Company | | | |
| AGENT: | Brook T. Smith 2307 River Road Suite 200 Louisville, KY. 40206 502-636-9191 | AGENCY: Acrisure, LLC dba Smith Manus 2307 River Road Suite 200 Louisville, KY. 40206 137431 | | |

| | The following requirements have been met as indicated: |
|---|---|
| | **1. Page No. 1 Paragraph 1** |
| Yes | The appropriate box is checked to designate if the bond is an Increase or Decrease Rider. |
| Yes | The New Bond Amount is listed correctly. |
| Yes | The Surety Company Bond Number is listed correctly and is consistent on each page and with DMLR records. |
| Yes | The Permit Number is listed correctly on each page. |
| Yes | The correct surety bond form has been submitted (DMLR-PT-013B REV 08/07) |
| Yes | The surety company listed is consistent throughout the document. (See additional surety company verifications below). |
| Yes | The company/principal name matches the permit application and is consistent throughout the document. |
| Yes | Wording/Amount is correct and consistent. No strikeovers, white out, etc |
| Yes | The date reflects the date of the last bonding transaction by the Surety as listed on the bond or rider. |
| | **2. Page No. 1 Paragraph 2** |
| Yes | The permit number listed is correct and consistent through out the rider. |
| Yes | The date listed is consistent with the date DMLR records list as the permit issuance date. |
| | **3. Page No. 1 Paragraph 4** |
| Yes | The appropriate box is checked to designate if the bond is an Increase or Decrease Rider. |
| Yes | Wording/Amount of the increase or decrease is correct and consistent. No strikeovers, white out, etc |

| Yes | Wording/Amount of the total sum is correct and consistent.  No strikeovers, white out, etc |
| Yes | Does not exceed 10% of the Surety Company's net worth (surplus) to policyholders. |
| No | Does exceed 10% of company's net worth (surplus) to policyholders, but is covered by another form of surety. |

## 4.  Page No. 1  Paragraph 6

| Yes | The date listed is consistent with the dates shown in Item II-page 3, the notarization date on page 3 and the POA. |

## 5.   The Surety Company

| Yes | The Company is licensed to transact fidelity and surety business in the Commonwealth of Virginia. (SCC's Bureau of Insurance 804-371-9186—Henry Harris) http://www.scc.virginia.gov/boi/cons/co_info.aspx. |

### State Corporation Commission - Bureau of Insurance
### Financial Regulation
#### 2017 Financial Data for Domestic Property and Casualty Insurers

| Company No. | Company Name | Admitted Assets | Liabilities | Surplus | Net Premiums Written | Premiums Earned | Losses Incurred | Loss Expenses Incurred | Net U/W Gain |
|---|---|---|---|---|---|---|---|---|---|
| 13307 | Lexon Ins Co | 244,457,980 | 176,410,698 | 68,047,282 | 70,453,956 | 70,685,656 | 11,780,871 | 4,383,905 | 2,502,025 |

| Yes | Surety name is identical to name appearing in the SCC's Fidelity & Surety Report. |
| Yes | The Surety has a minimum of $4 million in net worth (surplus). |
| Yes | Company is listed on the US Dept of Treasury Circular 570.  https://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm  **Lexon Insurance Company (NAIC #13307)**  BUSINESS ADDRESS: 10002 Shelbyville Rd, Suite 100, Louisville, KY 40223. PHONE: (615) 553-9500. UNDERWRITING LIMITATION b/: $6,805,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NC, N OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Texas. |
| CDS | Date Checked: 09/26/18 |

## 6.  Page No. 2 I. BY COMPANY/PRINCIPLE

| Yes | The Company/Principal matches the information provided on page 1 of the form and the permit application. |
| Yes | The Company/Principal official listed has the authority to sign the document. |
| Yes | The title of the Company/Principal official is listed. |
| Yes | The notarization information is correct.  The correct person is listed as signing the document, the dates are consistent and the notary's commission has not expired. |

## 7.  Page No. 2 II. BY SURETY:

| Yes | The Surety Name matches the information provided on page 1 of the form and is consistent throughout the form.  The Surety seal has been applied. |

| Yes | The Attorney-in-Fact has the authority to sign the document. (See additional requirements on Page 3) |
|---|---|

| | **8.  Page No. 3 AFFIDAVIT AND ACKNOWLEDGEMENT OF ATTORNEY-IN-FACT:** |
|---|---|
| **Yes** | The notarization information is correct.  The correct person is listed as signing the document, the dates and surety name is consistent. The correct state/county is listed and the notary's commission has not expired. |
| **Yes** | The embossed notary seal is in place if the document was notarized outside Virginia. |

**9.  Page No. 3 III. BY ISSUING AGENT:**

The Insurance **Agency** is licensed to transact business in Virginia with SCC.
*https://cisiweb.scc.virginia.gov/z_container.aspx*



| Yes | |
|---|---|

The **Agency** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631
http://www.scc.virginia.gov/boi/ConsumerInquiry/Search.aspx?searchType=agency (Property and Casualty)

**Bureau of Insurance**

## Producer Details
◀ **Back**

### Agency License Information

| | |
|---|---|
| Name | ACRISURE LLC |
| Producer Status | Active |
| Address | PO BOX 1788 |
| City | GRAND RAPIDS |
| State | MI |
| Zip | 49501-1788 |
| Phone | (800) 748-0351 |
| Toll | |
| Email | blinsur@cscglobal.com |
| Website | |
| State of Residency | Michigan |
| Virginia License Number | 126043 |
| NPN (National Producer Number) | 12259059 |

### Alias(s)

| Name | Alias Type |
|---|---|
| CLG INSURANCE | Doing Business As |
| RRL INSURANCE AGENCY | Doing Business As |
| SMITH MANUS | Doing Business As |
| SMITH MANUS SURETY BONDS | Doing Business As |
| SMITH-MANUS | Doing Business As |
| THE CAMPBELL GROUP | Also Known As |

### License(s) Detail

| License | License Status | | | Effective Date | Expiration Date* |
|---|---|---|---|---|---|
| **Producer** | Active | | | 4/7/2009 | |
| | Qualification | Status | Effective Date | | |
| | Health | Active | 4/7/2009 | | |
| | Life & Annuities | Active | 4/7/2009 | | |
| | Property & Casualty | Active | 4/7/2009 | | |
| **Surplus Lines Broker** | Active | | | 1/31/2014 | 6/30/2019 |
| | Qualification | Status | Effective Date | | |
| | Surplus Lines | Active | 1/31/2014 | | |

### Active Appointment Information

| | Appointment Type | Effective Date | Company Affiliation | Company Number |
|---|---|---|---|---|
| View Company | Property & Casualty | 9/9/2014 | LEXON INSURANCE COMPANY | 13307 |

**Yes**

**Yes**    A copy of the **Agency** Appointment Card from the Virginia Bureau of Insurance is Attached.  Verified using NAIC number on SCC interactive database at 804-371-9631.  **http://www.scc.virginia.gov/boi/index.aspx**   (Property and Casualty)

The **Agent** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631. **http://www.scc.virginia.gov/boi/index.aspx** (Property and Casualty)

| Bureau of Insurance | | | | | |
|---|---|---|---|---|---|

**Producer Details**

◀ **Back**

**Agent License Information**

| | |
|---|---|
| Name | BROOK THOMAS SMITH |
| City | LOUISVILLE |
| State | KY |
| Zip | 40207 |
| State of Residency | Kentucky |
| Producer Status | Active |
| Virginia License Number | 640506 |
| NPN (National Producer Number) | 546897 |

**License(s) Detail**

| License | License Status | | | Effective Date | Expiration Date* |
|---|---|---|---|---|---|
| **Producer** | Active | | | 8/6/1997 | |
| | Qualification | Status | Effective Date | | |
| | Property & Casualty | Active | 8/6/1997 | | |

**Active Appointment Information**

| | Appointment Type | Effective Date | Company Affiliation | Company Number |
|---|---|---|---|---|
| View Company | Property & Casualty | 7/9/2003 | LEXON INSURANCE COMPANY | 13307 |

| | |
|---|---|
| Yes | |
| Yes | A copy of the **Agent's** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631. **http://www.scc.virginia.gov/boi/index.aspx** (Property and Casualty) |
| Yes | The **Agency** telephone number is listed. |

## 10. Power of Attorney (POA)

| | |
|---|---|
| Yes | Person signing bond is shown on POA as agent/attorney-in-fact with authority to commit the surety company. |
| No | Does not contain any limitation on the amount of bond that can be written (Note any limitations on amount). **$10,000,000.00** |
| Yes | The date on the POA is consistent with the date the Attorney-in-Fact signed the bond on page 2. |
| Yes | The correct surety seal is applied to the original POA. |
| CDS | Date Checked: 09/26/18 |

## 11. Division Approval

| | |
|---|---|
| Yes | The designated DMLR official completed the bond approval information. |
| CDS | **COMMENTS: OK to receipt** |