| Exhibit B |
|---|

| Permit No:<br>(DMLR use only) | 1201508 |
|---|---|
| Bond Applied To:<br>(DMLR use only) | Bond Replacement |
| Bond No: | 1137418 |



COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MINES, MINERALS AND ENERGY
DIVISION OF MINED LAND RECLAMATION
P. O. DRAWER 900; BIG STONE GAP, VA 24219
TELEPHONE: (276) 523-8100

## SURETY BOND

KNOW ALL MEN BY THESE PRESENTS, THAT THE UNDERSIGNED

**DOMINION COAL CORPORATION**
(hereafter **PRINCIPAL**),

whose principal place of business is   **1051 Main Street, Milton, WV 25541**

and who does business as a [CHECK ONE ONLY]:   _X_ Corporation;   ___ Limited Partnership;   ___ Limited Liability Company;   ___ Partnership; or   ___ Sole Proprietorship, acting herein as **PRINCIPAL,** and

Lexon Insurance Company
(hereafter **SURETY**),

whose principal business address is   10002 Shelbyville Road, Suite 100, Louisville, KY 40223
and who was organized and is existing under the laws of the State of   Texas
and licensed to write and perform surety business in the Commonwealth of Virginia, are held and firmly bound unto the

**COMMONWEALTH OF VIRGINIA,
DIRECTOR, DIVISION OF MINED LAND RECLAMATION**
(hereafter **OBLIGEE**),

in the sum of   **Two Hundred Seventy Thousand and 00/100**
($ **270,000.00** )   Dollars for the payment of which sum the **PRINCIPAL** and **SURETY** bind themselves, their heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION is such that:

WHEREAS, the PRINCIPAL proposes to commence coal surface mining to be known as
**Dominion #36**
in   **Buchanan**   County(ies) of Virginia; and,

Department of Mines
Minerals and Energy

**AUG 2 4 2016**

Customer Assistance Center

DMLR-PT-013
REV 08//07

1

| Permit No:<br>(DMLR use only) | 1201508 |
|---|---|
| Bond No: | 1137418 |

WHEREAS, the above-named **PRINCIPAL** has submitted [CHECK ONE ONLY]:

___ **Permit Application Number**   __X__ Permit Number   _____1201508_____ including a mining and reclamation plan, to conduct and reclaim a surface coal mining operation, as defined pursuant to the **VIRGINIA COAL SURFACE MINING CONTROL AND RECLAMATION ACT** (hereafter **ACT**), as amended, with its attendant regulations; and,

WHEREAS, the **PRINCIPAL** has chosen to file this performance bond as a guarantee that the reclamation of the land disturbed during this surface mining operation will be completed as required by the **ACT**, its attendant regulations, and as specified in the permit as issued; and,

WHEREAS, the **SURETY**, and their successors and assigns agree to guarantee the obligation and to indemnify, defend, and hold harmless **OBLIGEE** from any and all losses and expenses which **OBLIGEE** may sustain as a result of the **PRINCIPAL'S** failure to comply with the condition of the obligation;

WHEREAS, obligations guaranteed by this performance bond shall be in effect for the following described lands approved as the permit area or increment upon which initial or succeeding operations will be conducted:
**Dominion #36**

NOW, if the **PRINCIPAL** faithfully completes all reclamation and abatement requirements set forth in the **ACT** and its Permit issued in reliance on this Surety Bond, including the mining and reclamation plan, then this obligation shall be void; otherwise, it shall remain in full force and effect beginning on the date of the approval and issuance of [CHECK ONE ONLY]:

___ **Permit Application Number**   __X__ Permit Number   __1201508__ pursuant to the **ACT** and continue until:

(a) the permit has been completed to the satisfaction of the **OBLIGEE**, or

(b) the bond is released pursuant to the **ACT**, or

(c) in the event neither (a) or (b) above applies, for a minimum period of five (5) years for a general permit or two (2) years for an approved plan for remining. This shall be the minimum period of extended responsibility unless the bond is replaced in accordance with the **ACT**, or unless the permit has been sold, reassigned, or otherwise transferred in accordance with the **ACT**. It shall be further understood that if the **PRINCIPAL** performs any augmented seeding, fertilization, or other supplemental reclamation work on the site prior to bond release, the period of liability under this bond shall begin again subject to the exception found in the **ACT**

The failure of the **PRINCIPAL** to fulfill the obligations specified by the **ACT** and its permit shall result in a forfeiture of this performance bond according to the procedures described in the **ACT**.

The **SURETY** shall not cancel this bond at any time for any reason, including non-payment of premium or bankruptcy of the **PRINCIPAL** during the period of liability. The amount of the **SURETY'S** liability may be adjusted by the **OBLIGEE** pursuant to the **ACT** for lands covered by this bond.

The **SURETY** shall give prompt notice to the **PRINCIPAL** and to the **OBLIGEE** of any notice received or action filed alleging the insolvency or bankruptcy of the **SURETY** or of the **PRINCIPAL**, or alleging any violations or regulatory requirements which could result in suspension or revocation of the **SURETY'S** license to do business.

Department of Mines
Minerals and Energy

AUG 2 4 2016

Customer Assistance Center

| Permit No:<br>(DMLR use only) | 1201508 |
|---|---|
| Bond No: | 1137418 |

In the event the **SURETY** becomes unable to fulfill its obligations under the bond for any reason, notice shall be given immediately to the **PRINCIPAL** and to the **OBLIGEE**. Any proceeding, legal or equitable, under this bond must be instituted in a Virginia court of competent jurisdiction and shall be governed by the laws of the Commonwealth of Virginia.

Upon the incapacity of the **SURETY** by reason of bankruptcy, insolvency, or suspension or revocation of its license, the **PRINCIPAL** shall be deemed to be without bond coverage in violation of the **ACT** and subject to enforcement actions described in the **ACT**.

---

**I. BY COMPANY/PRINCIPAL:**

Dominion Coal Corporation   (SEAL) By: _Curtis Scott_
Company /Principal                              Company/Principal Official

Secretary                                                          7-5-16
Title                                                                Date

Subscribed and sworn/affirmed to before me by      Curtis Scott

this __5TH__ day of __July__ 20 __16__, in the State of __Virginia__

in the City/County of __Russell__

__PATRICK S. ARTRIP__                    _Patrick Steven Artrip_ (Seal)
Notary Public Name (printed or typed)        Notary Public Signature[1]

My Commission expires __2/28/19__       Registration No. __7660975__

---

PATRICK STEVEN ARTRIP
Notary Public
Commonwealth of Virginia
7660975
My Commission Expires Feb 28, 2019

Department of Mines
Minerals and Energy

**AUG 2 4 2016**

Customer Assistance Center

---

[1] Pursuant to §47.1-15(3) of the Code of Virginia, as amended, the notarial certificate wording must be contained on the same page as the signature being notarized.

DMLR-PT-013                                3
REV 08//07

| Permit No:<br>(DMLR use only) | 1201508 |
|---|---|
| Bond No: | 1137418 |

**II. BY SURETY:** Attach copy bearing seal of Power of Attorney or documentation supporting Corporate Officer's authority to issue surety bond.

| Lexon Insurance Company | (SEAL) By: | _[signature]_ |
|---|---|---|
| Surety Name | | Attorney-in-Fact |

| March 8, 2016 | | Brook T. Smith |
|---|---|---|
| Date | | Attorney-in-Fact Name (printed or typed) |

**AFFIDAVIT AND ACKNOWLEDGEMENT OF ATTORNEY-IN-FACT**
COMMONWEALTH OF VIRGINIA

(or, alternatively, Commonwealth or State of ___Kentucky___

CITY/COUNTY OF ___Louisville/Jefferson___, to wit:

I, the undersigned notary public, do certify that ___Brook T. Smith___ personally appeared before me in the jurisdiction aforesaid and made oath that he/she is the attorney-in-fact of ___Lexon Insurance Company___ the Surety, that he/she is duly authorized to execute on its behalf the foregoing Bond pursuant to the attached Power of Attorney, and on behalf of said Surety acknowledged the aforesaid Bond(s) as its act and deed.

Given under my hand this ___8th___ day of ___March___, 20 ___16___

| Sandra L. Fusinetti | _Sandra L. Fusinetti_ | (SEAL) |
|---|---|---|
| Notary Public Name (printed or typed) | Notary Public Signature | |

My Commission expires: ___February 13, 2020___    Registration No. ___549253___

Department of Mines
Minerals and Energy

**AUG 2 4 2016**

Customer Assistance Center

DMLR-PT-013
REV 08//07

4

| Permit No:<br>(DMLR use only) | 1201508 |
|---|---|
| Bond No: | 1137418 |

**III. BY ISSUING AGENT:**
1. Attach copy of Agency License and Appointment Card from the Virginia Bureau of Insurance.
2. Attach copy of Agent's License and Appointment Card from the Virginia Bureau of Insurance.

Insurance Agency Issuing Surety Bond (provide the following information):

| | |
|---|---|
| Agency name: | Acrisure LLC dba Smith Manus |
| Agency address: | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Authorized agent: | Brook T. Smith |
| Authorized agent address | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Office telephone number: | 502-636-9191 |

**IV. DIVISION APPROVAL:**

ACCEPTED: _____  Date: 8/24/16
Division of Mined Land Reclamation

Department of Mines
Minerals and Energy

**AUG 2 4 2016**

Customer Assistance Center



8/1/2014

RE: Consolidation of SMA Surety, Inc. (Smith Manus) to Acrisure, LLC ("Acrisure")

Greetings,
Over the last couple of years, Acrisure has acquired majority ownership in a number of agencies across the country. It is a unique model, in that operational control and branding remain with the respective agencies after the acquisition occurs. We are proud to announce that on August 1, 2014 Acrisure acquired SMA Surety, Inc.

**What this change means for you:**
**What's changing:** SMA Surety, Inc. will now use Acrisure, LLC's tax identification number and license(s). All contracts should be in the name of Acrisure. If a contract is already in place for Acrisure, Smith Manus's code should be re-assigned under Acrisure's master code.

**What's not changing:** SMA Surety, Inc. (Smith Manus) operations will essentially remain the same and will continue to do business under the existing name. All policies, bonds, forms, POAs, seals, reports and correspondence should remain in the Smith Manus name.

| Prior to August 1, 2014 | | After August 1, 2014 |
|---|---|---|
| SMA Surety, Inc. | **Legal Name** | Acrisure, LLC |
| • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety | **Operating Name** | • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety |
| 61-1372649 | **FEIN** | 26-3554645 |
| 2307 River Rd Suite 200<br>Louisville, KY 40206 | **Address** | 2307 River Rd Suite 200<br>Louisville, KY 40206 |

Thank you for your cooperation in this matter. If you have further questions, or need to have additional paperwork, please contact Trish Partin at 800-748-0351, extension 418 or email at tpartin@acrisure.com.

We are very excited and optimistic about the opportunities that lie ahead, and look forward to growing with our insurance and surety partners.

Regards,

Brook T. Smith
President
SMA Surety, Inc.

Andrew Schutt
VP of Sales
Acrisure, LLC

Department of Mines
Minerals and Energy
**AUG 2 4 2016**
Customer Assistance Center

PO Box 1788, Grand Rapids, MI 49501-1788 • 5664 Prairie Creek Drive, Caledonia, MI 49316
616-541-1500 • 1-800-748-0351

Case 2:21-cv-00041-JPJ-PMS   Document 1-2   Filed 12/28/21   Page 7 of 15   Pageid#: 47

Compliance Express ™                                                                              Page 1 of 2



**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

www.scc.virginia.gov/boi

Licensees shall report to the Bureau within 30 days any change in residence at www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an agent to transact the business of insurance on behalf of Virginia licensed insurers pursuant to Title 38.2 of the Code of Virginia.

This license is perpetual and is in effect from its issue date unless surrendered, terminated, suspended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the authority granted by the licensee's home state.

# Producer
## Health , Life & Annuities , Property & Casualty

# ACRISURE LLC
## PO BOX 1788
## GRAND RAPIDS , MI 49501-1788

### is authorized to transact business as described above

License No: 126043        Issue Date: 04-07-2009        Expiration Date:

Generated by Sircon 91663653

---

| COMMONWEALTH OF VIRGINIA BUREAU OF INSURANCE THIS IS TO CERTIFY THAT |  | IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW: |
|---|---|---|
| **ACRISURE LLC** PO BOX 1788 , GRAND RAPIDS , MI 49501-1788 LICENSE NUMBER: 126043 | | **Producer** Health , Life & Annuities , Property & Casualty Issue Date: 04-07-2009    Generated by Sircon 91663653    Expiration Date: |

Department of Mines
Minerals and Energy
**AUG 2 4 2016**
Customer Assistance Center

https://www.sircon.com/ComplianceExpress/ServiceRequest/licPrnt.do?method=submit                2/3/2014



# COMMONWEALTH OF VIRGINIA

ALFRED W. GROSS
COMMISSIONER OF INSURANCE
STATE CORPORATION COMMISSION
BUREAU OF INSURANCE

P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206
http://www.state.va.us/scc

August 6, 1997

BROOK THOMAS SMITH
19 POPLAR HILL RD
LOUISVILLE KY 40207

NONRESIDENT LICENSE

PROPERTY AND CASUALTY INSURANCE

This is to certify that the above-named agent has been granted this license to sell, solicit and negotiate property and casualty insurance as defined in Sections 38.2-110 through 38.2-122.1 and 38.2-124 through 38.2-134, BUT LIMITED TO THE AUTHORITY GRANTED BY THE AGENT'S HOME STATE, under the provisions of Article 3, Chapter 18, Title 38.2 of the Code of Virginia, and is entitled to be appointed as an agent to transact the business of insurance on behalf of insurers licensed to issue such coverage in the Commonwealth of Virginia pursuant to Chapter 10 of Title 38.2 of the Code of Virginia.

This license shall be effective from its date of issue, and shall remain in effect until surrendered, terminated, canceled, suspended, or revoked.

Licensee is currently in compliance with all applicable Virginia Continuing Education requirements through December 31, 2004.

ID: 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                                License Type: 030
DUPLICATE
Printed: September 9, 2004

Department of Mines
Minerals and Energy

AUG 2 4 2016

Customer Assistance Center

_____
Commissioner of Insurance



KEEP THIS CARD IN YOUR POSSESSION
TOP STRIP MAY BE REMOVED

← FOLD ALONG THIS PERF

PART A

COMMONWEALTH of VIRGINIA
STATE CORPORATION COMMISSION BUREAU of INSURANCE.

| APPOINTMENT NUMBER | CODE | DUR | DATE APPOINTED |
|---|---|---|---|
| 400199448-13307 | PC | | 07-09-03 |

COMPANY NAME
LEXON INSURANCE COMPANY

BEING DULY LICENSED TO TRANSACT THE BUSINESS OF INSURANCE IN THE COMMONWEALTH OF VIRGINIA HAS APPOINTED AS ITS AGENT.

AGENT'S NAME
BROOK THOMAS SMITH

ACKNOWLEDGMENT OF APPOINTMENT

PART B

BUREAU OF INSURANCE
P.O. BOX 1157, RICHMOND, VIRGINIA 23218

07-10-2003

| APPOINTMENT NUMBER | CODE | DUR | DATE APPOINTED |
|---|---|---|---|
| 400199448-13307 | PC | | 07-09-03 |

COMPANY NAME
LEXON INSURANCE COMPANY

AGENT'S NAME AND ADDRESS
BROOK THOMAS SMITH
19 POPLAR HILL RD
LOUISVILLE, KY 40207

ACKNOWLEDGMENT OF APPOINTMENT

Department of Mines
Minerals and Energy
AUG 24 2016
Customer Assistance Center

# POWER OF ATTORNEY

## Lexon Insurance Company

LX- **271041**

KNOW ALL MEN BY THESE PRESENTS, that **LEXON INSURANCE COMPANY**, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Jessica Nowlin, Theresa Pickerrell, Sheryon Quinn, Bonnie J. Wortham, Beth Frymire its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **LEXON INSURANCE COMPANY** on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $5,000,000.00, Five Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **LEXON INSURANCE COMPANY** has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.

Department of Mines
Minerals and Energy
AUG 2 4 2016
Customer Assistance Center

**LEXON INSURANCE COMPANY**

BY _____
David E. Campbell
President

## ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that he is the President of **LEXON INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.



AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

BY _____
Amy Taylor
Notary Public

## CERTIFICATE

I, the undersigned, Assistant Secretary of **LEXON INSURANCE COMPANY**, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this  8th  Day of March, 20 16 .



BY _____
Andrew Smith
Assistant Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."



# SURETY BOND APPROVAL CHECKLIST

| APPLICANT: | Dominion Coal Corporation | Permit Number: 1201508 | Application Number N/A |
|---|---|---|---|
| REVIEW DATE: | 8-5-16 | Bond Number: 1137418 | |
| REVIEWER: | Janet Yates | Reviewer's Signature: *Janet Yates* | |
| SURETY: | Lexon Insurance Company | | |
| AGENT: | Brook T. Smith | Agency: Acrisure, LLC DBA Smith Manus | |

**The following requirements have been met as indicated:**

### 1. Page No. 1

| | |
|---|---|
| Y | The company/principal name matches the permit application and are consistent throughout the document. |
| Y | The address is correct/consistent with the permit application. |
| Y | The legal structure checked (LLC, Corp., etc) is correct and consistent with the permit application. |
| Y | The bond number is consistent on each page of the surety bond form. |
| Y | The correct surety bond form has been submitted (DMLR-PT-013 REV 08/07) |
| Y | The surety company listed is consistent throughout the document. (See additional surety company verifications below). |

### 2. The Surety Company

| | |
|---|---|
| Y | The Company is licensed to transact fidelity and surety business in the Commonwealth of Virginia. (SCC's Bureau of Insurance 804-371-9186—Tim Gray) http://www.scc.virginia.gov/division/boi/webpages/findata/fs_rept.pdf  13307 LEXON INSURANCE COMPANY $103,149,364 $63,650,760 $39,498,604 |
| Y | Surety name is identical to name appearing in the SCC's Fidelity & Surety Report. |
| Y | The Surety has a minimum of $4 million in net worth (surplus). |
| Y | Company is listed on the US Dept of Treasury Circular 570. http://fms.treas.gov/c570/c570_a-z.html **Lexon Insurance Company (NAIC #13307)** BUSINESS ADDRESS: 10002 Shelbyville Rd, Suite 100, Louisville, KY 40223. PHONE: (502) 253-6500. UNDERWRITING LIMITATION b/: $4,969,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Texas. |
| Y | Date Checked: 8/5/16 |

### 3. Face amount of bond

| | |
|---|---|
| Y | Wording/Amount is correct and consistent. No strikeovers, white out, etc |
| Y | Does not exceed 10% of the Surety Company's net worth (surplus) to policyholders. |
| N/A | Does exceed 10% of company's net worth (surplus) to policyholders, but is covered by another form of surety. |
| | **4. Name and Location** |
| Y | The mine name is consistent with the permit application. |
| Y | The correct county (ies) is listed. |
| | **5. Page No. 2** |
| Y | The correct type of number (Permit Application Number or Permit Number) is checked. (Paragraphs 1 & 5) |
| Y | The correct number is listed in the space provided (Permit Application Number or Permit Number). (Paragraphs 1 & 5) |
| Y | The area where the bond will be in effect is described in the space provided (permit area, increment #, etc.) (Paragraph 4) |
| | **6. Page No. 3** |
| Y | The Company/Principal matches the information provided on page 1 of the form and the permit application. |
| Y | The Company/Principal official listed has the authority to sign the document. |
| Y | The title of the Company/Principal official is listed. |
| Y | The notarization information is correct. The correct person is listed as signing the document, the dates are consistent and the notary's commission has not expired. *Notary seal has been applied if signed outside Virginia.* |
| | **7. Page No. 4** |
| Y | The Surety Name matches the information provided on page 1 of the form and is consistent throughout the form. The Surety seal has been applied. |
| Y | The Attorney-in-Fact has the authority to sign the document. (See additional requirements on Page 5) |
| Y | The embossed notary seal is in place if the document was notarized outside Virginia. |
| Y | The notarization information is correct. The correct person is listed as signing the document, the dates and surety name is consistent. The correct state/county is listed and the notary's commission has not expired. |
| | **8. Power of Attorney (POA)** |
| Y | Person signing bond is shown on POA as agent/attorney-in-fact with authority to commit the surety company. |

SURETY BOND CHECKLIST

2



| | |
|---|---|
| N | Does not contain any limitation on the amount of bond that can be written (Note any limitations on amount). (5,000,000.00) |
| Y | The POA has not been revoked. |
| Y | The date on the POA is consistent with the date the Attorney-in-Fact signed the bond on page 4. |
| Y | The correct surety seal is applied to the original POA. |
| Y | Date Checked: 8/5/16 |

| | 9. Page No. 5 |
|---|---|
| Y | The Insurance **Agency** is registered with the SCC to transact business in Virginia. www.state.va.us/scc/division/clk/diracc.htm |
| Y | The **Agency** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://www.scc.virginia.gov/division/boi/external/app/agentlookup/ (Property and Casualty) |
| Y | A copy of the **Agency** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://www.scc.virginia.gov/division/boi/external/app/agentlookup/ (Property and Casualty) |
| Y | The **Agent** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://www.scc.virginia.gov/division/boi/external/app/agentlookup/ (Property and Casualty) |
| Y | A copy of the **Agent's** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://www.scc.virginia.gov/division/boi/external/app/agentlookup/ (Property and Casualty) |
| Y | The **Agency** telephone number is listed. (502)636-9191 |

| | 10. Division Approval |
|---|---|
| Y | The designated DMLR official completed the bond approval information. |
| | COMMENTS: |

## Agent License Information

| | |
|---|---|
| Name | BROOK THOMAS SMITH |
| City | LOUISVILLE |
| State | KY |
| Zip | 40207 |

SURETY BOND CHECKLIST                                    3

| | | |
|---|---|---|
| State of Residency | Kentucky | |
| Producer Status | Active | **DMME/DMLR Office Files** |
| Virginia License Number | 640506 | |
| NPN (National Producer Number) | 546897 | |

**License(s) Detail**

| License | License Status | Effective Date | Expiration Date* |
|---|---|---|---|
| Producer | Active | 8/6/1997 | |

| Qualification | Status | Effective Date |
|---|---|---|
| Property & Casualty | Active | 8/6/1997 |

| Property & Casualty | 7/9/2003 | LEXON INSURANCE COMPANY | 13307 |
|---|---|---|---|

**Agency License Information**
Name  ACRISURE LLC
Producer Status  Active
Address  PO BOX 1788
City  GRAND RAPIDS
State  MI
Zip  49501-1788
Phone  (800) 748-0351
Toll
Email  dtauro@acrisure.com
Website
State of Residency  Michigan
Virginia License Number  126043

Alias(s)
Name Alias Type
THE CAMPBELL GROUP Also Known As

License(s) Detail License  License Status  Effective Date
Expiration Date*
Producer  Active  4/7/2009

SURETY BOND CHECKLIST

4



**Qualification Status Effective Date**
**Health Active 4/7/2009**
**Life & Annuities Active 4/7/2009**
**Property & Casualty Active 4/7/2009**

**Surplus Lines Broker  Active  1/31/2014  6/30/2016**
   **Qualification Status Effective Date**
**Surplus Lines Active 1/31/2014**

| Property & Casualty | 9/9/2014 | LEXON INSURANCE COMPANY | 13307 |

SURETY BOND CHECKLIST

5