| | |
|---|---|
| **Permit No:** (DMLR use only) | 120 2211 |
| **Bond Applied To:** (DMLR use only) | 1009813 – Transfer |
| **Bond No:** | 1144274 |



COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MINES, MINERALS AND ENERGY
DIVISION OF MINED LAND RECLAMATION
P. O. DRAWER 900; BIG STONE GAP, VA 24219
TELEPHONE: (276) 523-8100

Department of Mines Minerals and Energy

MAR 22 2017

Customer Assistance Center

## SURETY BOND

KNOW ALL MEN BY THESE PRESENTS, THAT THE UNDERSIGNED

REVELATION ENERGY, LLC
(hereafter **PRINCIPAL**),

whose principal place of business is       P.O. Box 189, Lackey, KY 41643

and who does business as a [CHECK ONE ONLY]:    ___ Corporation;    ___ Limited Partnership;

_X_ Limited Liability Company;   ___ Partnership; or   ___ Sole Proprietorship, acting herein as **PRINCIPAL**, and

Lexon Insurance Company
(hereafter **SURETY**),

whose principal business address is       10002 Shelbyville Road, Suite 100, Louisville, KY 40223
and who was organized and is existing under the laws of the State of       Texas
and licensed to write and perform surety business in the Commonwealth of Virginia, are held and firmly bound unto the

**COMMONWEALTH OF VIRGINIA,**
**DIRECTOR, DIVISION OF MINED LAND RECLAMATION**
(hereafter **OBLIGEE**),

in the sum of       Five Hundred Twenty-Two Thousand Four Hundred and 00/100
($ 522,400.00)       Dollars for the payment of which sum the **PRINCIPAL** and **SURETY** bind themselves, their heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION is such that:

WHEREAS, the **PRINCIPAL** proposes to commence coal surface mining to be known as

Phillips Rider Deep Mine

in       Wise       County(ies) of Virginia; and,

**Exhibit C**

DMLR-PT-013
REV 08//07

1

Department of Mines
Minerals and Energy

MAR 22 2017

Customer Assistance Center

| Permit No:<br>(DMLR use only) | 1202211 |
|---|---|
| Bond No: | 1144274 |

WHEREAS, the above-named **PRINCIPAL** has submitted [CHECK ONE ONLY]:

__X__ Permit Application Number or, ____ Permit Number _____1009813_____ including a mining and reclamation plan, to conduct and reclaim a surface coal mining operation, as defined pursuant to the **VIRGINIA COAL SURFACE MINING CONTROL AND RECLAMATION ACT** (hereafter **ACT**), as amended, with its attendant regulations; and,

WHEREAS, the **PRINCIPAL** has chosen to file this performance bond as a guarantee that the reclamation of the land disturbed during this surface mining operation will be completed as required by the **ACT**, its attendant regulations, and as specified in the permit as issued; and,

WHEREAS, the **SURETY**, and their successors and assigns agree to guarantee the obligation and to indemnify, defend, and hold harmless **OBLIGEE** from any and all losses and expenses which **OBLIGEE** may sustain as a result of the **PRINCIPAL'S** failure to comply with the condition of the obligation;

WHEREAS, obligations guaranteed by this performance bond shall be in effect for the following described lands approved as the permit area or increment upon which initial or succeeding operations will be conducted:
Phillips Rider Deep Mine

NOW, if the **PRINCIPAL** faithfully completes all reclamation and abatement requirements set forth in the **ACT** and its Permit issued in reliance on this Surety Bond, including the mining and reclamation plan, then this obligation shall be void; otherwise, it shall remain in full force and effect beginning on the date of the approval and issuance of [CHECK ONE ONLY]:

__X__ Permit Application Number or, ____ Permit Number _____1009813_____ pursuant to the **ACT** and continue until:

(a) the permit has been completed to the satisfaction of the **OBLIGEE**, or

(b) the bond is released pursuant to the **ACT**, or

(c) in the event neither (a) or (b) above applies, for a minimum period of five (5) years for a general permit or two (2) years for an approved plan for remining. This shall be the minimum period of extended responsibility unless the bond is replaced in accordance with the **ACT**, or unless the permit has been sold, reassigned, or otherwise transferred in accordance with the **ACT**. It shall be further understood that if the **PRINCIPAL** performs any augmented seeding, fertilization, or other supplemental reclamation work on the site prior to bond release, the period of liability under this bond shall begin again subject to the exception found in the **ACT**

The failure of the **PRINCIPAL** to fulfill the obligations specified by the **ACT** and its permit shall result in a forfeiture of this performance bond according to the procedures described in the **ACT**.

The **SURETY** shall not cancel this bond at any time for any reason, including non-payment of premium or bankruptcy of the **PRINCIPAL** during the period of liability. The amount of the **SURETY'S** liability may be adjusted by the **OBLIGEE** pursuant to the **ACT** for lands covered by this bond.

The **SURETY** shall give prompt notice to the **PRINCIPAL** and to the **OBLIGEE** of any notice received or action filed alleging the insolvency or bankruptcy of the **SURETY** or of the **PRINCIPAL**, or alleging any violations or regulatory requirements which could result in suspension or revocation of the **SURETY'S** license to do business.

| Permit No:<br>(DMLR use only) | 1202211 |
|---|---|
| Bond No: | 1144274 |

In the event the **SURETY** becomes unable to fulfill its obligations under the bond for any reason, notice shall be given immediately to the **PRINCIPAL** and to the **OBLIGEE**. Any proceeding, legal or equitable, under this bond must be instituted in a Virginia court of competent jurisdiction and shall be governed by the laws of the Commonwealth of Virginia.

Upon the incapacity of the **SURETY** by reason of bankruptcy, insolvency, or suspension or revocation of its license, the **PRINCIPAL** shall be deemed to be without bond coverage in violation of the **ACT** and subject to enforcement actions described in the **ACT**.

---

**I. BY COMPANY/PRINCIPAL:**

Revelation Energy, LLC     (SEAL) By: _Todd Ta___
Company /Principal                     Company/Principal Official

Sr. Vice President / Authorized Agent          03/01/2017
Title                                           Date

Subscribed and sworn/affirmed to before me by    Todd Tackett

this __1__ day of __March__ 20 __17__, in the State of __Kentucky__

in the City/County of __Knott__

__Regina Ison__                    _____ (Seal)
Notary Public Name (printed or typed)    Notary Public Signature[1]

My Commission expires __03/30/2018__    Registration No. __507126__

Department of Mines
Minerals and Energy

MAR 22 2017

Customer Assistance Center

---

[1] **Pursuant to §47.1-15(3) of the Code of Virginia, as amended, the notarial certificate wording must be contained on the same page as the signature being notarized.**

| Permit No: (DMLR use only) | 120 2211 |
|---|---|
| Bond No: | 1144274 |

**II. BY SURETY:** Attach copy bearing seal of Power of Attorney or documentation supporting Corporate Officer's authority to issue surety bond.

| Lexon Insurance Company | (SEAL) By: | _[signature]_ |
|---|---|---|
| Surety Name | | Attorney-in-Fact |

| February 16, 2017 | | Brook T. Smith |
|---|---|---|
| Date | | Attorney-in-Fact Name (printed or typed) |

**AFFIDAVIT AND ACKNOWLEDGEMENT OF ATTORNEY-IN-FACT**
COMMONWEALTH OF VIRGINIA

(or, alternatively, Commonwealth or State of _____Kentucky_____

CITY/COUNTY OF _____Louisville/Jefferson_____, to wit:

I, the undersigned notary public, do certify that _____Brook T. Smith_____ personally appeared before me in the jurisdiction aforesaid and made oath that he/she is the attorney-in-fact of _____Lexon Insurance Company_____ the Surety, that he/she is duly authorized to execute on its behalf the foregoing Bond pursuant to the attached Power of Attorney, and on behalf of said Surety acknowledged the aforesaid Bond(s) as its act and deed.

Given under my hand this ___16th___ day of ___February___, 20 __17__

| Sandra L. Fusinetti | _Sandra L. Fusinetti_ (SEAL) |
|---|---|
| Notary Public Name (printed or typed) | Notary Public Signature |

My Commission expires: _____February 13, 2020_____   Registration No. __549253__

Department of Mines
Minerals and Energy

Customer Assistance Center

| Permit No: (DMLR use only) | 1202211 |
|---|---|
| Bond No: | 1144274 |

| III. BY ISSUING AGENT: | 1. Attach copy of Agency License and Appointment Card from the Virginia Bureau of Insurance.<br>2. Attach copy of Agent's License and Appointment Card from the Virginia Bureau of Insurance. |
|---|---|

Insurance Agency Issuing Surety Bond (provide the following information):

| Agency name: | Acrisure, LLC dba Smith Manus |
|---|---|
| Agency address: | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Authorized agent: | Brook T. Smith |
| Authorized agent address | 2307 River Road, Suite 200, Louisville, KY 40206 |
| Office telephone number: | 502-636-9191 |

**IV.   DIVISION APPROVAL:**

ACCEPTED: _Phillip C. Mullins_    Date: _3-22-17_
          Division of Mined Land Reclamation

Department of Mines
Minerals and Energy

MAR 22 2017

Customer Assistance Center

# POWER OF ATTORNEY

## Lexon Insurance Company

LX- 293526

KNOW ALL MEN BY THESE PRESENTS, that **LEXON INSURANCE COMPANY**, a Texas Corporation, with its principal office in Louisville, Kentucky, does hereby constitute and appoint: Brook T. Smith, Raymond M. Hundley, Jason D. Cromwell, James H. Martin, Barbara Duncan, Sandra L. Fusinetti, Mark A. Guidry, Jill Kemp, Lynnette Long, Amy Meredith, Deborah Neichter, Theresa Pickerrell, Sheryon Quinn, Bonnie J. Rowe, Beth Frymire, Michael Dix, Leigh McCarthy, Rebecca M. Reid its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **LEXON INSURANCE COMPANY** on the 1st day of July, 2003 as follows:

Resolved, that the President of the Company is hereby authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed $5,000,000.00, Five Million dollars, which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed for good cause and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Assistant Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **LEXON INSURANCE COMPANY** has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 5th day of August, 2015.

Department of Mines Minerals and Energy

MAR 22 2017

Customer Assistance Center

**LEXON INSURANCE COMPANY**

BY _____
David E. Campbell
President

## ACKNOWLEDGEMENT

On this 5th day of August, 2015, before me, personally came David E. Campbell to me known, who be duly sworn, did depose and say that he is the President of **LEXON INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.

AMY TAYLOR
Notary Public- State of Tennessee
Davidson County
My Commission Expires 07-08-19

BY _____
Amy Taylor
Notary Public

## CERTIFICATE

I, the undersigned, Assistant Secretary of **LEXON INSURANCE COMPANY**, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the forgoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Seal at Mount Juliet, Tennessee this 16th Day of February, 20 17.

BY _____
Andrew Smith
Assistant Secretary

"**WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."



Department of Mines
Minerals and Energy

MAR 22 2017



8/1/2014 Customer Assistance Center

RE: Consolidation of SMA Surety, Inc. (Smith Manus) to Acrisure, LLC ("Acrisure")

Greetings,

Over the last couple of years, Acrisure has acquired majority ownership in a number of agencies across the country. It is a unique model, in that operational control and branding remain with the respective agencies after the acquisition occurs. We are proud to announce that on August 1, 2014 Acrisure acquired SMA Surety, Inc.

**What this change means for you:**
**What's changing:** SMA Surety, Inc. will now use Acrisure, LLC's tax identification number and license(s). All contracts should be in the name of Acrisure. If a contract is already in place for Acrisure, Smith Manus's code should be re-assigned under Acrisure's master code.

**What's not changing:** SMA Surety, Inc. (Smith Manus) operations will essentially remain the same and will continue to do business under the existing name. All policies, bonds, forms, POAs, seals, reports and correspondence should remain in the Smith Manus name.

| Prior to August 1, 2014 | | After August 1, 2014 |
|---|---|---|
| SMA Surety, Inc. | **Legal Name** | Acrisure, LLC |
| • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety | **Operating Name** | • Smith Manus<br>• Smith-Manus<br>• Smith Manus Surety Bonds<br>• SMA Surety |
| 61-1372649 | **FEIN** | 26-3554645 |
| 2307 River Rd Suite 200<br>Louisville, KY 40206 | **Address** | 2307 River Rd Suite 200<br>Louisville, KY 40206 |

Thank you for your cooperation in this matter. If you have further questions, or need to have additional paperwork, please contact Trish Partin at 800-748-0351, extension 418 or email at tpartin@acrisure.com.

We are very excited and optimistic about the opportunities that lie ahead, and look forward to growing with our insurance and surety partners.

Regards,

Brook T. Smith
President
SMA Surety, Inc.

Andrew Schutt
VP of Sales
Acrisure, LLC

Compliance Express ™                                                                        Page 1 of 2



**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

www.scc.virginia.gov/boi

Licensees shall report to the Bureau within 30 days any change in residence at www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an agent to transact the business of insurance on behalf of Virginia licensed insurers pursuant to Title 38.2 of the Code of Virginia.

This license is perpetual and is in effect from its issue date unless surrendered, terminated, suspended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the authority granted by the licensee's home state.

# Producer
## Health, Life & Annuities, Property & Casualty

### ACRISURE LLC
PO BOX 1788
GRAND RAPIDS, MI 49501-1788

## is authorized to transact business as described above

License No: 126043        Issue Date: 04-07-2009        Expiration Date:

Generated by Sircon 91663653

---

| COMMONWEALTH OF VIRGINIA BUREAU OF INSURANCE THIS IS TO CERTIFY THAT |  | IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW: |
| --- | --- | --- |
| **ACRISURE LLC** PO BOX 1788, GRAND RAPIDS, MI 49501-1788 LICENSE NUMBER: 126043 | | **Producer** Health, Life & Annuities, Property & Casualty Issue Date: 04-07-2009   Generated by Sircon 91663653   Expiration Date: |

Department of Mines
Minerals and Energy

Customer Assistance Center

https://www.sircon.com/ComplianceExpress/ServiceRequest/licPrnt.do?method=submit                2/3/2014

Compliance Express ™  Page 1 of 1



**COMMONWEALTH OF VIRGINIA**
**BUREAU OF INSURANCE**

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION
COMMISSION
BUREAU OF INSURANCE
P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9631
TDD/VOICE: (804) 371-9206

www.scc.virginia.gov/boi

Licensees shall report to the Bureau within 30 days any change in residence at www.scc.virginia.gov/boi/online.aspx

A producer licensee is entitled to be appointed as an agent to transact the business of insurance on behalf of Virginia licensed insurers pursuant to Title 38.2 of the Code of Virginia.

This license is perpetual and is in effect from its issue date unless surrendered, terminated, suspended, revoked or an expiration date is noted.

Nonresidents only: This license is limited to the authority granted by the licensee's home state

## Producer
### Property & Casualty

# BROOK THOMAS SMITH
### 19 POPLAR HILL RD
### LOUISVILLE , KY 40207

### is authorized to transact business as described above

License No: 640506     Issue Date: 08-06-1997     Expiration Date:

Generated by Sircon 96073635

---

| COMMONWEALTH OF VIRGINIA BUREAU OF INSURANCE THIS IS TO CERTIFY THAT  BROOK THOMAS SMITH 19 POPLAR HILL RD , LOUISVILLE , KY 40207 LICENSE NUMBER: 640506 | IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW: **Producer** Property & Casualty Issue Date: 08-06-1997   Generated by Sircon 96073635   Expiration Date: |
|---|---|

Department of Mines
Minerals and Energy

Customer Assistance Center

# SURETY BOND APPROVAL CHECKLIST

*DMME/DMLR Office Files*

| APPLICANT | Revelation Energy, LLC. | Permit Number: 1202211 | Application Number: 1009813 |
|---|---|---|---|
| REVIEW DATE: | 3/21/17 | Bond Number: 1144274 | |
| REVIEWER: | Janet Yates | Reviewer's Signature: *Janet Yates* | |
| SURETY: | Lexon Insurance Company | | |
| AGENT: | Brook Thomas Smith | Agency: Acrisure, LLC | |

| | The following requirements have been met as indicated: |
|---|---|
| | **1. Page No. 1** |
| Yes | The company/principal name matches the permit application and are consistent throughout the document. |
| Yes | The address is correct/consistent with the permit application. |
| Yes | The legal structure checked (LLC, Corp., etc) is correct and consistent with the permit application. |
| Yes | The bond number is consistent on each page of the surety bond form. |
| Yes | The correct surety bond form has been submitted (DMLR-PT-013 REV 08/07) |
| Yes | The surety company listed is consistent throughout the document. (See additional surety company verifications below). |
| | **2. The Surety Company** |
| Yes | *The Company is licensed to transact fidelity and surety business in the Commonwealth of Virginia. (SCC's Bureau of Insurance 804-371-9186—Henry Harris)* (attached) <br> http://www.scc.virginia.gov/boi/cons/co_info.aspx. <br> Lexon Ins Co 161,709,369 109,195,915 52,513,454 61,989,686 56,445,195 8,447,852 5,519,888 -1,145,890 |
| Yes | Surety name is identical to name appearing in the SCC's Fidelity & Surety Report. |
| Yes | The Surety has a minimum of $4 million in net worth (surplus). |
| Yes | Company is listed on the US Dept of Treasury Circular 570. <br> https://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm <br> **Lexon Insurance Company (NAIC #13307)** <br> BUSINESS ADDRESS: 10002 Shelbyville Rd, Suite 100, Louisville, KY 40223. PHONE: 615-553-9500. UNDERWRITING LIMITATION b/: $5,251,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. <br> **INCORPORATED IN: Texas.** |

SURETY BOND CHECKLIST                                                                                                          1

DMME/DMLR Office Files

| | Date Checked: 3/20/17 |
|---|---|

| | **3. Face amount of bond** |
|---|---|
| Yes | Wording/Amount is correct and consistent. No strikeovers, white out, etc |
| Yes | Does not exceed 10% of the Surety Company's net worth (surplus) to policyholders. |
| N/A | Does exceed 10% of company's net worth (surplus) to policyholders, but is covered by another form of surety. |

| | **4. Name and Location** |
|---|---|
| Yes | The mine name is consistent with the permit application. |
| Yes | The correct county (ies) is listed. |

| | **5. Page No. 2** |
|---|---|
| Yes | The correct type of number (Permit Application Number or Permit Number) is checked. (Paragraphs 1 & 5) |
| Yes | The correct number is listed in the space provided (Permit Application Number or Permit Number). (Paragraphs 1 & 5) |
| Yes | The area where the bond will be in effect is described in the space provided (permit area, increment #, etc.) (Paragraph 4) |

| | **6. Page No. 3** |
|---|---|
| Yes | The Company/Principal matches the information provided on page 1 of the form and the permit application. |
| Yes | The Company/Principal official listed has the authority to sign the document. |
| Yes | The title of the Company/Principal official is listed. |
| Yes | The notarization information is correct. The correct person is listed as signing the document, the dates are consistent and the notary's commission has not expired. *Notary seal has been applied if signed outside Virginia.* |

| | **7. Page No. 4** |
|---|---|
| Yes | The Surety Name matches the information provided on page 1 of the form and is consistent throughout the form. The Surety seal has been applied. |
| Yes | The Attorney-in-Fact has the authority to sign the document. (See additional requirements on Page 5) |
| Yes | The embossed notary seal is in place if the document was notarized outside Virginia. |
| Yes | The notarization information is correct. The correct person is listed as signing the document, the dates and surety name is consistent. The correct state/county is listed and the notary's commission has not expired. |

SURETY BOND CHECKLIST                                                                 2

| | 8. Power of Attorney (POA) |
|---|---|
| Yes | Person signing bond is shown on POA as agent/attorney-in-fact with authority to commit the surety company. |
| No | Does not contain any limitation on the amount of bond that can be written (Note any limitations on amount). 5,000,000.00 |
| Yes | The POA has not been revoked. |
| Yes | The date on the POA is consistent with the date the Attorney-in-Fact signed the bond on page 4. |
| Yes | The correct surety seal is applied to the original POA.- should be on original |
| | Date Checked: 3/20/17 |

| 9. Page No. 5 |
|---|

The Insurance **Agency** is registered with the SCC to transact business in Virginia.
https://cisiweb.scc.virginia.gov/z_container.aspx

```
                                                               03/20/17
          LLCM3220              LLC DATA INQUIRY               10:08:41
   LLC ID:   T040306 - 5  STATUS: 00  ACTIVE   STATUS DATE: 04/17/09
   LLC NAME: Acrisure, LLC


 DATE OF FILING: 04/17/2009  PERIOD OF DURATION: 99/99/9999  INDUSTRY CODE: 35
 STATE OF FILING: MI MICHIGAN           MERGER INDICATOR:
                            CONVERSION/DOMESTICATION INDICATOR:
                    P R I N C I P A L   O F F I C E   A D D R E S S
          STREET: 5664 PRAIRIE CREEK DR

             CITY: CALEDONIA            STATE: MI  ZIP: 49316-0000
                R E G I S T E R E D   A G E N T   I N F O R M A T I O N
      R/A NAME: CORPORATION SERVICE COMPANY

          STREET: BANK OF AMERICA CENTER, 16TH FLOOR
                  1111 EAST MAIN STREET                   RTN MAIL:
             CITY: RICHMOND             STATE: VA  ZIP: 23219-0000
      R/A STATUS: 5 ENTITY AUTHORIZ  EFF DATE: 07/02/13 LOC: 216  RICHMOND CITY
         YEAR     FEES       PENALTY    INTEREST    BALANCE
          17      50.00                             50.00
                                    CIS has changed to enhance its navigation

         CISM0180              CORPORATE DATA INQUIRY          15:16:17

   CORP ID:   F142442 - 5  STATUS: 00  ACTIVE   STATUS DATE: 05/15/00
   CORP NAME: Lexon Insurance Company


 DATE OF CERTIFICATE: 05/15/2000 PERIOD OF DURATION:    INDUSTRY CODE: 30
 STATE OF INCORPORATION: TX TEXAS       STOCK INDICATOR: S STOCK
 MERGER IND:                   CONVERSION/DOMESTICATION IND:
 GOOD STANDING IND: Y          MONITOR INDICATOR:
 CHARTER FEE:        MON NO:        MON STATUS:  MONITOR DTE:
    R/A NAME: CORPORATION SERVICE COMPANY

       STREET: BANK OF AMERICA CENTER              AR RTN MAIL:
               16TH FLOOR, 1111 EAST MAIN STREET
          CITY: RICHMOND              STATE : VA  ZIP: 23219-0000
  R/A STATUS: 5 B.E. AUTH IN VI  EFF. DATE: 01/16/12  LOC : 216
  ACCEPTED AR#: 215 52 2814  DATE: 06/12/15           RICHMOND CITY
  CURRENT AR#:  215 52 2814  DATE: 06/12/15 STATUS: A  ASSESSMENT INDICATOR: 0
  YEAR    FEES    PENALTY    INTEREST   TAXES    BALANCE     TOTAL SHARES
   15     1,700.00                                            4,000,000
```

Yes

| Yes | The **Agency** is licensed through the Virginia Bureau of Insurance and a copy of the license is attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://scc.virginia.gov/boi/exitsircon.aspx |
|---|---|
| Yes | A copy of the **Agency** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://scc.virginia.gov/boi/ConsumerInquiry/Search.aspx?searchType=agency (Property and Casualty) |
| Yes | A copy of the **Agent's** Appointment Card from the Virginia Bureau of Insurance is Attached. Verified using NAIC number on SCC interactive database at 804-371-9631. http://scc.virginia.gov/boi/ConsumerInquiry/Search.aspx?searchType=agency (Property and Casualty) |
| Yes | The **Agency** telephone number is listed. 502-636-9191 |

| | **10. Division Approval** |
|---|---|
| YES | The designated DMLR official completed the bond approval information. |
| | **COMMENTS:** |

## Agency License Information

| | |
|---|---|
| Name | ACRISURE LLC |
| Producer Status | Active |
| Address | PO BOX 1788 |
| City | GRAND RAPIDS |
| State | MI |
| Zip | 49501-1788 |
| Phone | (800) 748-0351 |
| Toll | |
| Email | dtauro@acrisure.com |
| Website | |
| State of Residency | Michigan |
| Virginia License Number | 126043 |

### Alias(s)

| Name | Alias Type |
|---|---|
| CLG INSURANCE | Doing Business As |

DMME/DMLR Office Files

| | |
|---|---|
| SMITH MANUS | Doing Business As |
| SMITH MANUS SURETY BONDS | Doing Business As |
| SMITH-MANUS | Doing Business As |
| THE CAMPBELL GROUP | Also Known As |

### License(s) Detail

| License | License Status | Effective Date | Expiration Date* |
|---|---|---|---|
| Producer | Active | 4/7/2009 | |

| Qualification | Status | Effective Date |
|---|---|---|
| Health | Active | 4/7/2009 |
| Life & Annuities | Active | 4/7/2009 |
| Property & Casualty | Active | 4/7/2009 |

| License | License Status | Effective Date | Expiration Date |
|---|---|---|---|
| Surplus Lines Broker | Active | 1/31/2014 | 6/30/2016 |

| Qualification | Status | Effective Date |
|---|---|---|
| Surplus Lines | Active | 1/31/2014 |

| | | | |
|---|---|---|---|
| Property & Casualty | 9/9/2014 | LEXON INSURANCE COMPANY | 13307 |

### Agent License Information

| | |
|---|---|
| Name | BROOK THOMAS SMITH |
| City | LOUISVILLE |
| State | KY |
| Zip | 40207 |
| State of Residency | Kentucky |
| Producer Status | Active |
| Virginia License Number | 640506 |
| NPN (National Producer Number) | 546897 |

### License(s) Detail

| License | License Status | Effective Date | Expiration Date* |
|---|---|---|---|
| Producer | Active | 8/6/1997 | |

| Qualification | Status | Effective Date |
|---|---|---|
| Property & Casualty | Active | 8/6/1997 |

| | | | |
|---|---|---|---|
| Property & Casualty | 7/9/2003 | LEXON INSURANCE COMPANY | 13307 |