

DIVISIONS
ENERGY
GAS AND OIL
GEOLOGY AND MINERAL RESOURCES
MINED LAND RECLAMATION
MINERAL MINING
MINES
ADMINISTRATION

# COMMONWEALTH of VIRGINIA

*Department of Mines, Minerals and Energy*
3405 Mountain Empire Road
Big Stone Gap, VA 24219-0900
(276) 523-8100    FAX (276) 523-8163
www.dmme.virginia.gov
June 9, 2020

Lexon Insurance Company           UPS Tracking #1Z 3E6 427 24 9304 8004
10002 Shelbyville Road
Suite 100
Louisville, KY 40223

RE:   Principal: Dominion Coal Corporation, Permit Number 1201508
       Insurance Surety Bond Number: 1137418 for $270,000.00

To Whom It My Concern:

   Insurance Surety Bond Number 1137418 in the amount of $270,000.00 has been declared forfeited by the Virginia Department of Mines, Minerals and Energy. This is a demand for payment to the Commonwealth of Virginia under the provisions of §45.1 of the Code of Virginia.

   Payment should be made by cashier's check, in the amount of $270,000.00 made payable to the Treasurer of Virginia. Send the check to the attention of Mr. Gregory F. Baker, Reclamation Program Manager, Department of Mines, Minerals & Energy, 3405 Mountain Empire Road, Big Stone Gap, VA 24219.

   If you have further questions concerning this matter, please contact me at 276/ 523-8160.

Respectfully,

**Gregory F Baker**   Digitally signed by Gregory F Baker
                       Date: 2020.06.09 13:19:32 -04'00'

Gregory F. Baker
Reclamation Program Manager

rst

c:   Gavin Bledsoe, Reclamation Services Manager    Robert S. Yates, Area Inspector
     Harve Mooney, Legal Services Officer           Thomas M. Mackey, Area Supervisor

     Acrisure dba Smith Manus – Attn Mark Guidry    UPS Tracking #1Z 3E6 427 24 9089 5783
       2307 River Road, Suite 2020 – Louisville, KY 40206

     David J. Beckman Acting Chief Restructuring Officer   UPS Tracking #1Z 3E6 427 24 9376 5793
       c/o FTI Consulting – 999 17th Street, Suite 700 – Denver, Colorado 80202

     Dominion Coal Corp.–1051 Main Street – Milton, WV 25541
       UPS Tracking #1Z 3E6 427 24 9162 6419

EQUAL OPPORTUNITY EMPLOYER
TDD (800) 828-1120 – Virginia Relay Center

Exhibit D



DIVISIONS
ENERGY
GAS AND OIL
GEOLOGY AND MINERAL RESOURCES
MINED LAND RECLAMATION
MINERAL MINING
MINES
ADMINISTRATION

# COMMONWEALTH of VIRGINIA

*Department of Mines, Minerals and Energy*
3405 Mountain Empire Road
Big Stone Gap, VA 24219-0900
(276) 523-8100   FAX (276) 523-8163
www.dmme.virginia.gov

June 9, 2020

Lexon Insurance Company
10002 Shelbyville Road
Suite 100
Louisville, KY 40223

<u>UPS Tracking #1Z 3E6 427 42 9498 2058</u>

RE:   Principal:  Revelation Energy, LLC, Permit Number 1202211
      Insurance Surety Bond Number: 1144274 for $522,400.00

To Whom It My Concern:

Insurance Surety Bond Number 1144274 in the amount of $522,400.00 has been declared forfeited by the Virginia Department of Mines, Minerals and Energy. This is a demand for payment to the Commonwealth of Virginia under the provisions of §45.1 of the Code of Virginia.

Payment should be made by cashier's check, in the amount of $522,400.00 made payable to the Treasurer of Virginia. Send the check to the attention of Mr. Gregory F. Baker, Reclamation Program Manager, Department of Mines, Minerals & Energy, 3405 Mountain Empire Road, Big Stone Gap, VA 24219.

If you have further questions concerning this matter, please contact me at 276/ 523-8160.

Respectfully,

**Gregory F Baker**
Digitally signed by Gregory F Baker
Date: 2020.06.09 13:45:31 -04'00'

Gregory F. Baker
Reclamation Program Manager

rst

c:   Gavin Bledsoe, Reclamation Services Manager      Jeff Mullins, Area Inspector
     Harve Mooney, Legal Services Officer             Jim Meacham, Area Supervisor

     Acrisure dba Smith Manus – Attn Mark Guidry   <u>UPS Tracking #1Z 3E6 427 24 9086 5029</u>
     2307 River Road, Suite 2020 – Louisville, KY 40206

     David J. Beckman Acting Chief Restructuring Officer   <u>UPS Tracking #1Z 3E6 427 24 9120 7836</u>
     c/o FTI Consulting – 999 17th Street, Suite 700 – Denver, Colorado 80202

     Dominion Coal Corp.–1051 Main Street – Milton, WV 25541
          <u>UPS Tracking #1Z 3E6 427 24 9477 8849</u>

EQUAL OPPORTUNITY EMPLOYER
TDD (800) 828-1120 – Virginia Relay Center