# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| *VIRGINIA DEPARTMENT OF ENERGY*, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:21-cv-00041 |
| | ) |
| *LEXON INSURANCE COMPANY*, | ) |
| | ) |
| Defendant | ) |

### *ORDER GRANTING*
### *MOTION FOR ADMISSION PRO HAC VICE*

On the motions of the defendant, Lexon Insurance Company, (Docket Item Nos. 5, 6, 7) ("Motions"), and for good cause show, it is hereby **ORDERED** that the Motions are **GRANTED**, and Lee E. Woodard, David M. Capriotti and Brian D. Roy are admitted pro hac vice, to represent Lexon Insurance Company in the conduct of this matter.

**ENTERED:**    February 7, 2022.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE