IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

VIRGINIA DEPARTMENT OF ENERGY,

      Plaintiff,

v.                                                      Case No. 2:21cv41

LEXON INSURANCE COMPANY,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Virginia Department of Energy ("VDOE"), by counsel, and Lexon Insurance Company ("Lexon"), by counsel, jointly note that VDOE and Lexon have reached an agreement to settle this matter. VDOE and Lexon are in the process of finalizing the settlement and will submit a proposed dismissal order, noting that the Court will retain jurisdiction to enforce the agreements settling this matter, by separate pleading.

                                                        Respectfully submitted,

Dated: January 30, 2023.           VIRGINIA DEPARTMENT OF ENERGY

                                                   /s/_____
                                                 Gibson S. Wright (VSB No. 84632)
                                               McCandlish Holton, PC
                                               P.O. Box 796
                                               Richmond, VA 23218
                                               (804) 775-3100 Telephone
                                               (804) 775-3800 Facsimile
                                               gwright@lawmh.com
                                               *Counsel for the Virginia Department of Energy*

/s/_____
Steven R. Minor (VSB No. 30496)
Elliott Lawson & Minor
230 Piedmont Ave., Suite 300
Bristol, VA 24201
Telephone: (276) 466-8400
Facsimile: (276) 466-8161
sminor@elliottlawson.com

Lee E. Woodard (admitted *pro hac vice*)
David M. Capriotti (admitted *pro hac vice*)
Brian D. Roy (admitted *pro hac vice*)
Harris Beach PLLC
333 W. Washington Street, Suite 200
Telephone: (315) 423-7100
lwoodard@harrisbeach.com
dcapriotti@harrisbeach.com
broy@harrisbeach.com
*Counsel for Lexon Insurance Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I will electronically file the foregoing with Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven R. Minor (VSB No. 30496)
Elliott Lawson & Minor
230 Piedmont Ave., Suite 300
Bristol, VA 24201
Telephone: (276) 466-8400
Facsimile: (276) 466-8161
sminor@elliottlawson.com

Lee E. Woodard (admitted *pro hac vice*)
David M. Capriotti (admitted *pro hac vice*)
Brian D. Roy (admitted *pro hac vice*)
Harris Beach PLLC
333 W. Washington Street, Suite 200
Telephone: (315) 423-7100
lwoodard@harrisbeach.com
dcapriotti@harrisbeach.com
broy@harrisbeach.com
*Counsel for Lexon Insurance Company*

/s/_____
Gibson S. Wright (VSB No. 84632)
McCandlish Holton, PC
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
gwright@lawmh.com
*Counsel for the Virginia Department of Energy*

3