IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

VIRGINIA DEPARTMENT OF ENERGY,

      Plaintiff,

v.   Case No. 2:21cv41

LEXON INSURANCE COMPANY,

      Defendant.

## **FINAL ORDER**

Plaintiff Virginia Department of Energy and Defendant Lexon Insurance Company jointly by counsel have represented to the Court that the parties have finalized the settlement agreements in this matter and have jointly moved that the Court enter a final Order dismissing this matter with prejudice, with the Court to retain jurisdiction to enforce the settlement agreements between the parties.

Upon consideration of the representations of the parties, and for other good cause shown, the Court GRANTS the Motion and ORDERS that this matter be, and therefore is, DISMISSED WITH PREJUDICE, with the Court to retain jurisdiction for enforcement of the settlement agreements between the parties pursuant to <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375 (1994).

Each party is to bear its own respective attorneys' fees and costs.

DATE: April __3__, 2023

                                            The Hon. James P. Jones
                                            Senior United States District Judge